**EXHIBIT I**

# FELDMAN & HICKEY, LLC
## ATTORNEYS AT LAW

MICHAEL FELDMAN
Board Certified Civil Trial Lawyer
CHARLES E. HICKEY
KRISTEN SCHULTZE GREENE

10 WATERSIDE DRIVE, SUITE 303
FARMINGTON, CT 06032-3084
TEL: (860) 677-0551
FAX: (860) 677-1147

April 2, 2003

Leslie Correa
40 Valley View Road
Norwalk, CT 06851

    **Re: International Brands, et al v. Old St. Andrews Limited
        Deposition of Julian Haswell**

Dear Ms. Correa:

    Enclosed is the Errata Sheet for the deposition of Julian Haswell, limited to typographical and spelling errors.

    Thank you for your cooperation.

                        Very truly yours,

                        Michael Feldman

MF/lb
Enc.
cc: Marc Kurzman, Esq.
    Julian Haswell

D:\Common\WPDocs\Haswell, Julian\Correa.ltr.4-2-03.wpd

# ERRATA SHEET

Please note any corrections on this sheet and sign the Jurat before a Notary Public. The Original Jurat and Errata Sheet must be sent to Leslie Correa, 40 Valley View Road, Norwalk, Connecticut 06851 within thirty (30) days, with copies of the Errata Sheet to all counsel of record.

## CORRECTIONS

| PAGE | LINE | FROM | TO |
| --- | --- | --- | --- |
| 7 | 6 | Josay | Josée |
| 11 | 9 | Scocia Donna Karen | Scotia Duncarron |
| 11 | 13 | Scocia | Scotia |
| 11 | 17 | Donna Caron | Scotia Duncarron |
| 12 | 19 | Scocia Donna Caron | Scotia Duncarron |
| 13 | 4 | Scocia Donna Caron | Scotia Duncarron |
| 14 | 2 | Caves,Alto,Viso | Caves Altoviso |
| 16 | 19 | Models | Marks |
| 20 | 5 | 1994 | 1984 |
| 46 | 24 | Enmaset | N Messett |
| 47 | 3 | Nick | Nik |
| 62 | 8 | Aren't | Are |
| 100 | 21 | Simon Messett | Nik Messett |
| 134 | 22 | Westrum | Westerham |
| 165 | 17 | Bournemouth | Worthing |
| 200 | 15 | Expound | Ex Pounds |
| 219 | 22 | Batches | Badges |
| 220 | 17 | Batches | Badges |
| 220 | 23 | Batches | Badges |

International Brands USA Inc.
and Interbrands, Inc                        VS           Old St. Andrews Limited
**CASE NAME**

Julian Haswell  *[signature]*
**DEPONENT**

February 7, 2003
**DATE OF DEPOSITION**

```
 1
 2
 3    UNITED STATES DISTRICT COURT
 4    FOR THE DISTRICT OF CONNECTICUT
 5
 6
 7                                    _____
 8                                    JULIAN HASWELL
 9
10
11         JULIAN HASWELL personally appeared before
12    me at  Sevenoaks, Kent  United Kingdom ~~Connecticut~~, this  18th  day
13    of  March         , 2003, made oath and
14    acknowledged this deposition to be a true and
15    accurate transcription of his testimony.
16
17
                            now
18    My Commission ~~Expires~~:
      is permanent
19
20
21                                    _____
                                      NEVILLE CLARKSON WRIGHT
22                                    NOTARY PUBLIC
23
24
25
                  CAMPANO & ASSOCIATES
                  COURT REPORTING SERVICES
```