```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

--------------------------------------x
                                      :
INTERNATIONAL BRANDS USA, Inc. and    :
INTERBRANDS, INC.                     :
                                      :
    Plaintiffs,                       :  CIVIL ACTION NO.:
                                      :
v.                                    :  302 CV 333 (MRK)
                                      :
OLD ST. ANDREWS LIMITED               :
                                      :
    Defendant.                        :  OCTOBER 23, 2003
                                      :
--------------------------------------x
```

**REPLY AFFIDAVIT OF MARC J. KURZMAN**

```
STATE OF CONNECTICUT    :
                        :   ss:  Westport
COUNTY OF FAIRFIELD     :
```

**MARC J. KURZMAN**, being duly sworn, deposes and says:

1. I am one of the counsel for the plaintiffs, International Brands USA, Inc. and Interbrands, Inc. (collectively "International Brands"), in this matter and I am providing this reply affidavit in support of International Brands' motion to compel production of the Shepley Letter.

2. By way of supplementation to my September 24, 2003 affidavit in support of International Brands' Motion to Compel, attached as Exhibit H are additional excerpts from the transcript of Julian Haswell's February 7, 2003 deposition.

{H:\DOCS\DH\AFF\00074544.DOC}

    3.    Attached as Exhibit I is a copy of the Errata Sheet signed by Julian Haswell in connection with his February 7, 2003 deposition.

/s/ Marc J. Kurzman
Marc J. Kurzman

Subscribed and sworn to
before me on this \_\_\_\_\_
day of October 2003.

_____
Notary Public/Commissioner
of the Superior Court

**CERTIFICATION OF SERVICE**

This is to certify that a true and correct copy of the foregoing was mailed, via first-class mail, postage pre-paid on this 23rd day of October 2003 to:

Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT  06032

                              Marc J. Kurzman

74544