```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

---------------------------------------x
                                       :
INTERNATIONAL BRANDS USA, Inc. and     :
INTERBRANDS, INC.                      :
                                       :
     Plaintiffs,                       :  CIVIL ACTION NO.:
                                       :
v.                                     :  302 CV 333 (MRK)
                                       :
OLD ST. ANDREWS LIMITED                :
                                       :
     Defendant.                        :  OCTOBER 30, 2003
                                       :
---------------------------------------x
```

## MOTION FOR SUMMARY JUDGMENT

Pursuant to F.R.Civ.P. 56, plaintiffs International Brands USA, Inc. and Interbrands, Inc. (collectively "International Brands") hereby move for summary judgment on Counts Five, Six, Seven, Eight and Nine of defendant's Counterclaim (the "Additional Counterclaims"). As demonstrated in International Brands' accompanying Memorandum of Law, the conduct giving rise to the Additional Counterclaims -- International Brands' filing of a trademark application with the United States Patent and Trademark Office -- is protected under the First Amendment to the United States Constitution.  The Additional Counterclaims must therefore be dismissed under the Noerr-Pennington doctrine. Furthermore, the undisputed facts demonstrate that defendant cannot establish the elements necessary to sustain a claim

**ORAL ARGUMENT REQUESTED**

{H:\DOCS\MJK\MOT\00074649.DOC}

under the Lanham Act, Connecticut common law, the Connecticut Unfair Trade Practice Act or the Declaratory Judgment Act.

In support of this Motion for Summary Judgment, International Brands submits herewith the annexed declarations of Albert Robin and Marc J. Kurzman and the affidavit of Rolf Andersen, together with the exhibits attached thereto, and a supporting Memorandum of Law.

Also annexed hereto, pursuant to Local Rule 56(a)1, is a statement of the material facts as to which International Brands contends there is no genuine issue to be tried.

>                THE PLAINTIFFS,
>                INTERNATIONAL BRANDS USA, INC.
>                AND INTERBRANDS, INC.
>
>                By /s/ Marc J. Kurzman
>                  Marc J. Kurzman
>                  Federal Bar No. ct01545
>                  Dorit S. Heimer
>                  Federal Bar No. ct01219
>                  LEVETT ROCKWOOD P.C.
>                  33 Riverside Avenue
>                  Post Office Box 5116
>                  Westport, Connecticut 06881
>                  Telephone: (203) 222-0885
>                  Facsimile: (203) 226-8025

-3-

**<u>CERTIFICATION</u>**

This is to certify that a true and correct copy of the foregoing, was mailed via First Class Mail, postage pre-paid on this the 30th day of October, 2003, to the following counsel of record:

Michael Feldman
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT  06032

/s/ Marc J. Kurzman
Marc J. Kurzman

74649

{H:\DOCS\MJK\MOT\00074649.DOC}