# LOCAL RULE 56(a)1 STATEMENT

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

--------------------------------------x
                                      :
INTERNATIONAL BRANDS USA, Inc. and    :
INTERBRANDS, INC.                     :
                                      :
       Plaintiffs,                    : CIVIL ACTION NO.:
                                      :
v.                                    : 302 CV 333 (MRK)
                                      :
OLD ST. ANDREWS LIMITED               :
                                      :
       Defendant.                     : OCTOBER 30, 2003
                                      :
--------------------------------------x
```

## LOCAL RULE 56(a)1 STATEMENT

Plaintiffs International Brands USA, Inc. and Interbrands, Inc. (collectively "International Brands") contend that there are no issues to be tried concerning the following material facts:

1. Defendant produces Scotch whisky products which are sold throughout the world. (Haswell Deposition: 36, 55-59).

2. International Brands is an importer and wholesaler of alcoholic beverage products. (Defendant's Answer, Par. 6).

3. Commencing in 1989, Scotch whisky products manufactured by defendant for distribution in the United States domestic market were sold by defendant exclusively to International Brands. (Haswell Deposition: 97-98).

4. The Scotch whisky products manufactured by the defendant, and distributed by International Brands in the United States, displayed "Old St. Andrews," a trademark registered by defendant with the United Kingdom Patent Office in 1989. (Andersen Affidavit, Par. 3; Kurzman Declaration, Ex. 7).

{H:\DOCS\MJK\PLD\00073512.DOC}

5. Prior to 1994, the word "Clubhouse" was not displayed on the Old St. Andrews Scotch whisky products manufactured by the defendant and distributed by International Brands in the United States. (Andersen Affidavit, Par. 4).

6. Commencing in or about 1994, the Old St. Andrews Scotch whisky product bottled in a 750ml golf-ball-shaped bottle and distributed by International Brands in the United States displayed "Old St. Andrews" and "Clubhouse." (Andersen Affidavit, Par. 5; Haswell Deposition: 323-324).

7. The composite trademark "Old St. Andrews Clubhouse" was registered by the defendant with the United Kingdom Patent Office in 1994. (Haswell Deposition: 374 and Ex. RR14; Kurzman Declaration, Ex. 8). Defendant never registered or sought to register "Old St. Andrews Clubhouse" or "Clubhouse" with the USPTO. (Haswell Deposition: 343-344).

8. In connection with its registration of "Old St. Andrews Clubhouse" with the United Kingdom Patent Office, defendant expressly disclaimed any rights to exclusive use of the word "Clubhouse." (Haswell Deposition: 341, 373-374, Exs. RR13 and RR14).

9. On October 6, 2001 Beverage Marketing USA, Inc. filed with the USPTO an application to register the trademark "Clubhouse" for beer ("Beverage Marketing Application"). (Robin Declaration, Par. 4).

10. International Brands filed with the USPTO a Notice of Opposition to the Beverage Marketing Application; the opposition was sustained by the USPTO. (Robin Declaration, Par. 4 and 6, Exs. 3 and 4).

11. The defendant never sought to oppose the Beverage Marketing Application. (Robin Declaration, Par. 4).

12. On October 10, 2001, International Brands filed with the USPTO an application to register "Clubhouse" as a trademark for Scotch whisky ("International Brands Application"). (Robin Declaration, Par. 2 and Ex. 2).

13. The International Brands Application is currently under review by the USPTO and has not yet been published for opposition. (Robin Declaration, Par. 5, 7 and 8).

14. As of this date, International Brands has not manufactured advertised, promoted or sold any Scotch whisky products displaying the word "Clubhouse" other than Scotch whisky products purchased from the defendant. (Andersen Affidavit, Par. 9).

15. On April 22, 2003, defendant filed its own application with the USPTO to register "Clubhouse" as a trademark for Scotch whisky ("Defendant's Application"). (Haswell Deposition: 380 and Ex. RR17).

16. Defendant's Application recited that defendant first used the trademark "Clubhouse" in United States commerce in 1994. (Haswell Deposition, Exs. RR17 and SS).

17. In support of the recitation that it first used the trademark "Clubhouse" in United States commerce in 1994, defendant attached to Defendant's Application a photograph of a product displaying the words "Clubhouse Special." (Haswell Deposition: 380-382 and Ex. SS).

18. A product displaying the words "Clubhouse Special" has never been sold by defendant for distribution in the United States. (Haswell Deposition: 326-329, 357-359, 382-384).

19. The only products displaying the word "Clubhouse" that defendant has sold for distribution in the United States domestic market are the golf-ball-shaped Scotch whisky products sold to and distributed by International Brands. (Haswell Deposition: 323-324, 348).

20. On April 16, 2003, the Court approved the parties' Amended Case Management Plan which provided, *inter alia*, that "[d]efendant's damages analysis with respect to the Additional Counterclaims shall be filed by May 30, 2003." (Kurzman Declaration, Par. 2 and Ex. 1).

21. Defendant has not filed a damages analysis since the Court's April 16, 2003 approval of the Amended Case Management Plan. (Kurzman Declaration, Par. 3).

```
                              THE PLAINTIFFS,
                              INTERNATIONAL BRANDS USA, INC.
                              AND INTERBRANDS, INC.


                           By /s/ Marc J. Kurzman
                              Marc J. Kurzman
                              Federal Bar No. ct01545
                              Dorit S. Heimer
                              Federal Bar No. ct01219
                              LEVETT ROCKWOOD P.C.
                              33 Riverside Avenue
                              Post Office Box 5116
                              Westport, Connecticut 06881
                              Telephone: (203) 222-0885
                              Facsimile: (203) 226-8025
```

73512