# AFFIDAVIT OF ROLF ANDERSEN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
INTERNATIONAL BRANDS USA, Inc. and  :
INTERBRANDS, INC.                   :
                                    :
     Plaintiffs,                    : CIVIL ACTION NO.:
                                    :
v.                                  : 302 CV 333 (MRK)
                                    :
OLD ST. ANDREWS LIMITED             :
                                    :
     Defendant.                     : OCTOBER 23, 2003
                                    :
------------------------------------x

**AFFIDAVIT OF ROLF ANDERSEN**

Rolf Andersen, being duly sworn, states:

1. I am the president of plaintiffs International Brands USA, Inc. and Interbrands, Inc. I am over the age of 18 and understand the obligations of an oath.

2. Both Interbrands, Inc. and International Brands USA, Inc. have been engaged in the importation and distribution of Scotch whisky products in the United States.

3. Commencing in November 1989, Interbrands, Inc. and then International Brands USA, Inc. (collectively "International Brands") imported into and distributed in the United States Scotch whisky products, manufactured by the defendant, displaying the name "Old St. Andrews."

4. Prior to 1994, products purchased from the defendant for distribution by International Brands in the United States did not display the word "Clubhouse" anywhere on the packaging or bottles.

5. Commencing in or about 1994, International Brands began purchasing from defendant a Scotch whisky product bottled in a 750ml golf-ball-shaped bottle, for distribution by International Brands in the United States, displaying "Old St. Andrews" and "Clubhouse." International Brands subsequently purchased and distributed the same product in a 50ml. golf-ball-shaped bottle.

6. In October 2001, International Brands' counsel filed an application with the U.S. Patent and Trademark Office, on behalf of International Brands, seeking registration of "Clubhouse" as a trademark for Scotch whisky.

7. Prior to October 2001, International Brands was never advised by OSA that OSA regarded itself as the owner of the "Clubhouse" trademark.

8. Defendant notified International Brands on November 21, 2001 that it would no longer sell product to International Brands. International Brands has sold off some of its remaining inventory of Scotch whisky products purchased from OSA prior to November 21, 2001 (50ml. bottles of Scotch whisky bearing the names "Old St. Andrews" and "Clubhouse"). International Brands has not otherwise manufactured, promoted, advertised or sold any products displaying the "Clubhouse" name.

9.  International Brands is awaiting the USPTO's action on its trademark application before engaging in any further distribution of Scotch whisky products bearing the name "Clubhouse," other than selling its remaining inventory of Scotch whisky products purchased from the defendant.

Rolf Andersen

Subscribed and sworn to before me on this 24 day of October 2003.

Notary Public/Commissioner of the Superior Court

JESSICA E. ANDINO
NOTARY PUBLIC
MY COMMISSION EXPIRES DEC. 31, 2004

3