# DECLARATION OF MARC J. KURZMAN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------x
                                     :
INTERNATIONAL BRANDS USA, Inc. and   :
INTERBRANDS, INC.                    :
                                     :
     Plaintiffs,                     :   CIVIL ACTION NO.:
                                     :
v.                                   :   302 CV 333 (MRK)
                                     :
OLD ST. ANDREWS LIMITED              :
                                     :
     Defendant.                      :   OCTOBER 30, 2003
                                     :
-------------------------------------x
```

## DECLARATION OF MARC J. KURZMAN

Marc J. Kurzman declares under the penalty of perjury as follows:

1.    I am a member of Levett Rockwood, P.C. and one of the attorneys of record in this matter for plaintiffs International Brands USA, Inc. and Interbrands, Inc. (collectively "International Brands").  I am over the age of 18 and understand the obligations of an oath.  I submit this affidavit in support of International Brands' Motion for Summary Judgment.

2.    In conjunction with granting defendant's Motion to Amend Counterclaims, the Court approved on April 16, 2003 an Amended Case Management Plan dated April 9, 2003 which provided that "Defendant's damages analysis with respect to the Additional Counterclaims shall be filed by May 30, 2003."  A copy of the Amended Case Management Plan is annexed as Exhibit 1.

3.    No damages analysis was filed by defendant after the Court's approval of the Amended Case Management Plan.

4.    Annexed as Exhibit 2 is a copy of my letter dated July 2, 2003 to defendant's counsel, Michael Feldman asserting plaintiffs' position that "OSA's failure to provide a damages analysis as required by the Amended Case Management Plan precludes it from prosecuting the additional counterclaims."

5.    Attached hereto as Exhibit 3 is a copy of Attorney Feldman's July 3, 2003 letter stating, *inter alia*, that "[defendant] would be using the same damages claims previously disclosed."

6.    Annexed as Exhibit 4 is a copy of my July 3, 2003 response stating "We assume you are referring exclusively to the documents marked as Exhibits O and X during Mr. Haswell's February 7, 2003 deposition (and Mr. Haswell's testimony related thereto).  Please let me know at once if you are referring to any other disclosures."  I was never advised that defendant was referring to other disclosures.

7.    Attached as Exhibits 5 and 6 are the documents marked as Exhibits O and X, respectively, at Mr. Haswell's February 7, 2003 deposition.  No other damages analyses has been provided by the defendant since the filing of the Additional Counterclaims.

8.    Attached as Exhibit 7 is a copy of the United Kingdom Patent Office on-line information concerning defendant's registration of the "Old St. Andrews" trademark.

2

9.    Attached as Exhibit 8 is a certified copy of the United Kingdom Patent Office's trademark registration record for the mark "Old St. Andrews Clubhouse."

10.    Accompanying this Declaration as separately bound Exhibit 9 is an excerpt, with exhibits, of Julian Haswell's deposition.

Pursuant to 28 U.S.C. § 1716, I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 30, 2003.

Marc J. Kurzman

74065

3

# EXHIBIT 1
# TO KURZMAN DECLARATION

27

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

-----------------------------------x
                                    :
INTERNATIONAL BRANDS USA, Inc. and  :       2003 APR 14 · P 12: 40
INTERBRANDS, INC.,                  :
                                    :       US DISTRICT COURT
        Plaintiff(s),               :       BRIDGEPORT CT
                                    :       CIVIL ACTION NO.:
v.                                  :
                                    :       302 CV 333 (JCH)
OLD ST. ANDREWS LIMITED             :
                                    :
        Defendant(s).               :       APRIL 9, 2003
                                    :
-----------------------------------x

**REPORT OF PARTIES' SUPPLEMENTAL PLANNING MEETING**

Date Complaint Filed:  February 26, 2002

Date Complaint Served:  March 7, 2002

Date of Defendant's Appearance:  March 27, 2002

        A supplemental planning conference was held on May 8, 2003.
The participants were:

        Marc J. Kurzman for plaintiffs International Brands USA,
Inc. and Interbrands, Inc.

        Michael Feldman for defendant Old St. Andrews Limited.

        Subject to the Court's approval, the parties have agreed to
modify the case management plan as follows:

**Amended Case Management Plan**

**I.    Discovery**

        A.    OSA's Motion to Amend Counterclaims shall be deemed
granted as of April 10, 2003.

        B.    International Brands  will answer or move with respect
to the Additional Counterclaims by May 9, 2003.

        C.    Discovery with respect to the Additional Counterclaims
shall commence immediately and terminate on July 31, 2003
("Extended Discovery Period").

Motion Granted.
Discovery cutoff date 7/31/03
Dispositive Motions due by 9/1/03
SO ORDERED
4/16/03    Janet C. Hall, U.S.D.J.

FILED (5

2003 APR 16 P 3: 22
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------x
                                    :
INTERNATIONAL BRANDS USA, Inc. and  :
INTERBRANDS, INC.,                  :
                                    :
       Plaintiff(s),                :       CIVIL ACTION NO.:
                                    :
v.                                  :       302 CV 333 (JCH)
                                    :
OLD ST. ANDREWS LIMITED             :
                                    :
       Defendant(s).                :       APRIL 9, 2003
                                    :
------------------------------------x
```

## REPORT OF PARTIES' SUPPLEMENTAL PLANNING MEETING

Date Complaint Filed:  February 26, 2002

Date Complaint Served:  March 7, 2002

Date of Defendant's Appearance:  March 27, 2002

A supplemental planning conference was held on May 8, 2003. The participants were:

Marc J. Kurzman for plaintiffs International Brands USA, Inc. and Interbrands, Inc.

Michael Feldman for defendant Old St. Andrews Limited.

Subject to the Court's approval, the parties have agreed to modify the case management plan as follows:

**Amended Case Management Plan**

**I.    Discovery**

A.   OSA's Motion to Amend Counterclaims shall be deemed granted as of April 10, 2003.

B.   International Brands  will answer or move with respect to the Additional Counterclaims by May 9, 2003.

C.   Discovery with respect to the Additional Counterclaims shall commence immediately and terminate on July 31, 2003 ("Extended Discovery Period").

   D.   To the extent either party intends to call expert witnesses with respect to the Additional Counterclaims any such experts shall be:

- Designated by defendant no later than May 30, 2003
- Designated by plaintiff no later than June 30, 2003

   E.   During the Extended Discovery Period, the parties shall also complete any lay and expert witness depositions previously noticed that could not be completed by April 30, 2003.

   F.   Depositions for the sole purpose of preserving testimony may be taken up to thirty (30) days prior to trial.

   G.   Defendant's damages analysis with respect to the Additional Counterclaims shall be filed by May 30, 2003.

## II.   Dispositive Motions

   Dispositive motions will be filed on or before September 1, 2003.

## III.  Joint Trial Memorandum

   The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed 30 days after a ruling on dispositive motions or by September 15, 2003 if no such motions are filed.

## IV.   Trial Readiness

   The case will be ready for trial within 45 days after a ruling on dispositive motions or on September 30, 2003 if no such motions are filed.

   As officers of the Court, undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action.

**PLAINTIFFS**

By _____          Dated: ___4/9/03_____
   Marc J. Kurzman
   Federal Bar No. ct01545
   Madeleine F. Grossman
   Federal Bar No. ct05987
   LEVETT ROCKWOOD P.C.
   33 Riverside Avenue
   Post Office Box 5116
   Westport, Connecticut  06881
   Telephone:  (203) 222-0885
   Facsimile:  (203) 226-8025

-3-

**DEFENDANT**

By_____                    Dated: _April 9, 2003_
   Michael Feldman
   Federal Bar #ct06649
   Feldman & Hickey, LLC
   Its Attorney
   10 Waterside Drive, Suite 303
   Farmington, CT  06032
   Telephone: (860) 677-0551
   Facsimile: (860) 677-1147


    The undersigned *pro se* parties certify that they will cooperate with all other parties, counsel of record and the Court to promote the just, speedy and inexpensive determination of this action.

Plaintiff _____         Dated:_____


Defendant_____          Dated:_____


{H:\DOCS\MJK\PLD\00051139.DOC ver 4}

# EXHIBIT 2
# TO KURZMAN DECLARATION

## LR

### LEVETT ROCKWOOD
#### P.C.
Attorneys-at-Law

MARC J. KURZMAN

July 2, 2003

Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT  06032

      Re:    International Brands Inc. v. Old St. Andrews Limited

Dear Michael:

      Enclosed are Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents. Service of these discovery requests is without prejudice to plaintiffs' position that OSA's failure to provide a damages analysis as required by the Amended Case Management Plan precludes it from prosecuting the Additional Counterclaims.

                    Very truly yours,

                    Marc J. Kurzman

MJK:jlc
Enclosure

cc:    Mr. Rolf Andersen (w/ enc.)

{H:\DOCS\MJK\LTR\00052901.DOC ver 2}

**EXHIBIT 3**
**TO KURZMAN DECLARATION**

# FELDMAN & HICKEY, LLC
### ATTORNEYS AT LAW

MICHAEL FELDMAN
Board Certified Civil Trial Lawyer
CHARLES E. HICKEY
KRISTEN SCHULTZE GREENE

10 WATERSIDE DRIVE, SUITE 303
FARMINGTON, CT 06032-3084
TEL: (860) 677-0551
FAX: (860) 677-1147

July 3, 2003

VIA FACSIMILE (203) 226-8025

Marc J. Kurzman, Esq.
Levett Rockwood, P.C.
33 Riverside Avenue
Westport, CT 06880

Re: International Brands, Inc. et al v. Old St. Andrews Limited

Dear Marc:

To follow up on our recent conversation I wanted to disclose to you the enclosed letter from Jarvis Porter dated February 12, 1988 referencing Old St. Andrews "Clubhouse Special 5 Years Old Whisky". As you can see, OSA used the word "Clubhouse" in its trademark before your client ever did business with OSA. With respect to the allegations that you referenced in my counterclaim, Clubhouse was reintroduced in 1994, after being off the market for some time, in a different size and bottle shape.

With respect to your recent letter concerning David Pena's expert testimony in which you indicated that you may be calling Mr. Anderson as an expert, I would request that you provide me with some detail (it does not need to be an elaborate report), specifying the substance of his expected expert testimony signed by Mr. Anderson.

With reference to our damage claims under our counterclaims, this is to clarify that we would be using the same damage claims previously disclosed. Similar to your February 10, 2003 letter, we will also be seeking common law and CUTPA attorney's fees and punitive damages which are included in our counterclaim, to be quantified at or after trial.

July 7, 2003
Page 2


    Finally, I recall that Mr. Anderson indicated at both sessions of his deposition that significant adjustments needed to be made to the plaintiff's damages claim, with respect to the total advertising expenditures relating to OSA. We have not received a revised damage calculation. Please advise what you intend to do with respect to this issue.

                      Very truly yours,

                      Michael Feldman


MF/lb
Enc.
cc: Julian Haswell (via facsimile)

D:\Common\WPDocs\Haswell, Julian\Kurzman.ltr.7-3-03.wpd


**FELDMAN & HICKEY, LLC**
—— ATTORNEYS AT LAW ——

# JARVIS PORTER (Scotland) LTD

63 NAPIER ROAD WARDPARK NORTH CUMBERNAULD G68 0EF
Telephone Cumbernauld (02367) 38181

*Quotation*

12th February 1988

Old St. Andrews Limited,
144 Kirkdale
London

For the Attention of Mr. R.F. Haswell

| | | |
|---|---|---|
| TITLE | : | CLUBHOUSE SPECIAL 5 YEARS OLD WHISKY |
| Shape/Size | : | 140 x 60 |
| Paper | : | Silver Foil  .009 on 80gsm Base Paper |
| Colour/Varnish | : | White,Red,Black,Gold |
| Embossing | : | As Sample |
| Grain | : | East-West |

| Quantity | Price |
|---|---|
| 25,000 | £49.75 per 1000 |
| Embossing Dies | £225.00 |
| Cutting Dies | £150.00 |
| Repro. & Artwork | £370.00 |

Delivery Approx. 6 weeks from approval of Bromide.

| Terms | : | Nett Monthly Account |
|---|---|---|
| | | Subject to V.A.T. at Ruling Rate |

James C. Halbert

JCH/CW

**EXHIBIT 4**
**TO KURZMAN DECLARATION**



MARC J. KURZMAN

July 3, 2003

***Via Facsimile***
Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT  06032

     Re:   <u>International Brands Inc. v. Old St. Andrews Limited</u>

Dear Michael:

     Thank you for your letter of July 3, 2003.

     We certainly do not regard the purported "Quotation" you provided as evidence of OSA's prior use of, or proprietary interest in, the "Clubhouse" trademark.  We look forward to seeing any other documentation your client has on this issue.

     In terms of Mr. Andersen's expert testimony, I do not believe the Federal Rules impose upon plaintiffs an obligation to provide the type of written disclosure you have requested. Suffice it to say that, if Mr. Pena is permitted to testify, Mr. Andersen intends to rebut the contentions enumerated in Mr. Pena's report and provide to the court information regarding the advertising and promotion of Scotch whisky and related products.

     In terms of OSA's damages analysis for its Additional Counterclaims, your letter indicates that OSA is using "the same damage claims previously disclosed."  We assume you are referring exclusively to the documents marked as Exhibits O and X during Mr. Haswell's February 7, 2003 deposition (and Mr. Haswell's testimony related thereto).  Please let me know at once if you are referring to any other disclosures.

Michael Feldman                           -2-                          May 9, 2003


     I will be responding separately to your inquiry regarding plaintiff's revised damage calculation.

Very truly yours,

Marc J. Kurzman

MJK:jlc

cc:    Mr. Rolf Andersen

# EXHIBIT 5
# TO KURZMAN DECLARATION

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERNATIONAL BRANDS USA, INC.<br>and INTERBRANDS, INC.<br><br>    Plaintiffs<br>v.<br><br>OLD ST. ANDREWS LIMITED<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)  CASE NO.:<br>)<br>)  3:02CV333 (JCH)<br>)<br>)  SEPTEMBER 27, 2002<br>) |

### DEFENDANT'S DAMAGE ANAYLSIS

Pursuant to the case management order, the defendant submits the attached damages summary in connection with its counterclaim.

DEFENDANT, OLD ST. ANDREWS LTD.

By

Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Ste. 303
Farmington, CT 06032
Its Attorney
ct 06649
(860) 677-0551



## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on September 27, 2002 to the following:

Marc J. Kurzman, Esq.
Dorit S. Heimer, Esq.
Levett Rockwood P.C.
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881

_____
Michael Feldman

I:\WPDocs\Haswell, Julian\Damage Analysis

24 SEP '02  17:17    OLD ST.ANDREWS LTD.

# Brief Summary for counterclaim

### Clubhouse 750ml Scotch Whisky Gift Boxed

**Order dated June 16, 1999 for 6,000 cases**

1,200 delivered March 2001          Invoice no:  791183

**4,800 cases not taken**

4,800 cases @ £17.25 per case final price =          £  82,800.00

@ $1.56/£  = $129,168.00

### Clubhouse Millennium 24/50ml 3 pack

**Order dated March 15", 1999 for 3,000 cases**

2,000 delivered August/September 1999          Invoice nos: 790739, 790742
and 790802

**1,000 cases not taken**

1,000 cases @ £53.00 per case =          £   53,000.00
@ $1.56/£ =          $   82,680.00

**Deduct 70,200 units @ 40 cents per unit**          =     $   28,080.00 –
**for Miniatures sold off to UK supermarket**
**chain.**
_____

Total          $   54,600.00
============

# Total amount of counterclaim   $ 183,768,00
=================================

**EXHIBIT 6**
**TO KURZMAN DECLARATION**

02/06/2003 THU 18:10 FAX                                                                      Ⓩ 00

# FELDMAN & HICKEY, LLC
### ATTORNEYS AT LAW

MICHAEL FELDMAN
Board Certified Civil Trial Lawyer
CHARLES E. HICKEY
KRISTEN SCHULTZE GREENE

10 WATERSIDE DRIVE, SUITE 303
FARMINGTON, CT 06032-3084
TEL: (860) 677-0551
FAX: (860) 677-1147

February 6, 2003

VIA FACSIMILE (203) 226-8025

Marc J. Kurzman, Esq.
Levett Rockwood, P.C.
33 Riverside Avenue
Westport, CT 06880

   Re: International Brands, Inc. et al v. Old St. Andrews Limited

Dear Marc:

       Enclosed is an alternative damage calculation relating to
OSA's damages claim.

                                    Very truly yours,

                                    Michael Feldman

MF/lb
cc: Julian Haswell

I:\WPDocs\Haswell, Julian\Kurzman.ltr.2-6-03.wpd



## ALTERNATE DAMAGES ANALYSIS RE: CLUBHOUSE

### OSA CLUBHOUSE 75CL / x 6

| | | |
|---|---|---|
| 6000 c/s | Sales Value | £120,000 |
| 1200 c/s | Already sold | (£23,600) |
| | Balance | £97,000 |

Cost of goods, raw materials
without whiskey and packing

| | |
|---|---|
| Invoice value of £17.50 c/s | £84,000 |
| £7.50 per c/s profit | £36.000 lost profit |
| Cost of items | £46,000 cost |
| Less whiskey | (£16,000) |
| Subtotal | £30,000 |
| H & A Bottlers less packaging | (£10,560) |
| Balance of materials | £19,440 |
| Add materials | £19,440 |
| Add lost profit | £36,000 |
| **TOTAL** | **£55.440** |
| Pounds into dollars    = | @$1.64 |
| | $90,921.60 |
| Plus Millenium Damages (from original damages analysis) | 54,600.00 |
| | $145,521.60 |

**EXHIBIT 7**
**TO KURZMAN DECLARATION**



# Trade Marks

Contact Details    Search    Site Map    Index

Home : Trade Marks : Databases : Register

## Trade Mark Details

### CASE DETAILS FOR TRADE MARK 1293752

**Mark Text :**

OLD ST. ANDREWS

**Status:**      Registered

**Class:**      33

[ View Historical Details ]

### Relevant Dates

**Filing Date:**      27.11.1986
**Registration Date:**      20.01.1989
**Next Renewal Date:**      27.11.2007

### Publication in Trade Marks Journal

|  | Journal | Page | Publication Date |
|---|---|---|---|
| **First Advert** | 5717 | 905 | 06.04.1988 |
| **Registration** | 5767 |  | 05.04.1989 |
| **Renewal** | 6008 |  | 19.01.1994 |
| **Assignment** | 6431 |  | 22.05.2002 |

### List of goods and/or services

**Class 33:**
Scotch whisky.

---

### Names and Addresses

**Proprietor:**   Gilfin International Ltd.
                  No 2 East Point,High Street,Seal,Sevenoaks,Kent,TN15 OEG

      **Residence Country:**        United Kingdom
      **Effective Assignment date:** 21.02.2002
      **ADP Number:**               0731550001

[ View Previous ]

---

### Other Particulars

**Special Circumstances:**
Advertised before acceptance 18 (1) proviso by reason of use and speci
circumstances.

**Honest Concurrent Use:**
Section 12 (2) use claimed from the year 1972.

[ View Historical Details ]

Click here for a glossary of terms used in the UK register details or

Click here for a glossary of terms relating to international Trade Marks.
New Register Enquiry   New Text Enquiry   New Proprietor Enquiry   New Refused
Enquiry



# Trade Marks

Contact Details     Search     Site Map     Index

Home : Trade Marks : Databases : Register

## Trade Mark Details

| HISTORICAL CASE DETAILS FOR TRADE MARK 1293752 |
| --- |

**Mark Text :**

OLD ST. ANDREWS

[ View Current Details ]

---

**Date Actioned**        **Action/Event**
24.04.2002        Trade Mark Assigned in Full

**Full History Text:**
Assignment to Gilfin International Ltd from Old St Andrews Ltd l/f 141
6431.

**Previous Details:**

**Proprietor:**   Old St. Andrews Limited
             144 Kirkdale,London,SE26 4BB

             **Residence Country:**        United Kingdom
             **ADP Number:**               0529679001

**Service:**    Edward Evans Barker
             Clifford's Inn,Fetter Lane,London,EC4A 1BZ

             **ADP Number:**               0000240001

---

**Date Actioned**        **Action/Event**
16.11.1993        Trade Mark Renewed

---

Case 2:02-cv-00333-MRK - Document 48-5    Filed 11/03/2003    Page 2 of 2

**Date Actioned**       **Action/Event**
06.09.1993       Renewal Reminder Sent

---

**Date Actioned**       **Action/Event**
20.01.1989       Trade Mark Registered

---

**Date Actioned**       **Action/Event**
10.01.1989       PRE REG AMEND

**Previous Details:**

**Special Circumstances:**
          Special Circumstances Inserted

**Honest Concurrent Use:**
          Honest Concurrent Use Inserted

---

**Date Actioned**       **Action/Event**                                **Opposit**
01.09.1988       Opposition Case Withdrawn                  019984

---

[ View Current Details ]

---

Click here for a glossary of terms used in the UK register details or

Click here for a glossary of terms relating to international Trade Marks.
New Register Enquiry    New Text Enquiry    New Proprietor Enquiry    New Refusec



# Trade Marks

Contact Details     Search     Site Map     Index

Home : Trade Marks : Databases : Old Name and Address Details

## NAME AND ADDRESS DETAILS FOR ADP NUMBER 0731550001

### Current Details

**Name recorded on:** 22.07.1996
Gilfin International Ltd.

**Address recorded on:** 28.03.2002
No 2 East Point, High Street, Seal, Sevenoaks, Kent, TN15 OEG

**Residence Country:** United Kingdom
**Incorporation Country:** United Kingdom

---

### Previous Details

**Reason for change:** letter from proprietor l/f 1416955
**Address recorded from:** 22.07.1996 **until** 28.03.2002
153 Main Road, Biggin Hill, Kent, TN16 3JP

**Residence Country:** United Kingdom

---

Click here for a glossary of terms used in the UK register details

or

Click here for a glossary of terms relating to international Trade Marks.
New Register Enquiry     New Text Enquiry     New Proprietor Enquiry     New Refused Enquiry

**EXHIBIT 8**
**TO KURZMAN DECLARATION**



# Trade Marks Registry

# Certified Copy

I certify that the attached is a true copy of the entry of a trade mark in the United Kingdom register of trade marks.

*[signature]*

Alison Brimelow
*Comptroller General of Patents,*
*Designs and Trade Marks*
*United Kingdom Patent Office*

Dated:  0 1 JUL 2003



DDUO5 -MAR03          **An Executive Agency of the Department of Trade and Industry**

JIS Register sheet for Case Number:    1527401

Version:    1.0
Version Date:    15.11.1999

Customer reference:    9436/PAB
Case status:    Registered

**Reason for this version:**
Initial data take-on from OPTICS

Mark type:    Word Only

Class:    33

Number in series:    1

Mark text:
OLD ST ANDREWS CLUBHOUSE

Date filed:    19.02.1993
Next renewal date:    19.02.2000

Registration date:    11.11.1994

Journal section:    Journal No.:
First advert:    6043
Registration:    6058

Page:    5925

Publication date:
21.09.1994
18.01.1995

Class:    33
Scotch whisky; all included in Class 33.

Proprietor ADP number: 0680059001
Proprietor:
Old St Andrews Limited, Old St Andrews House, 153 Main Road, Biggin Hill, Westerham, Kent, TN16 3JP
Proprietor residence country:    Great Britain
Proprietor incorporation country:    Great Britain

Agent ADP number:    0000091001
Agent:
Reddie & Grose, 16 Theobalds Road, London, WC1X 8PL

Disclaimer:
Registration of this mark shall give no right to the exclusive use of the word "Clubhouse".

**\*\*\*END OF REPORT\*\*\***