UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
                                  :

INTERNATIONAL BRANDS USA, Inc. and  :
INTERBRANDS, INC.                  :

     Plaintiffs,               :   CIVIL ACTION NO.:

v.                            :   302 CV 333 (MRK)

OLD ST. ANDREWS LIMITED        :

     Defendant.              :   OCTOBER 30, 2003

------------------------------------x

## EXCERPTS OF DEPOSITION OF
## JULIAN HASWELL

*Exhibit 9 to Declaration of Marc J. Kurzman*
*dated October 30, 2003*

## CERTIFICATION

This is to certify that a true and correct copy of the Excerpts of Deposition of Julian Haswell (Exhibit 9 to the Declaration of Marc J. Kurzman dated October 30, 2003), was mailed via First Class Mail, postage pre-paid on this the 30th day of October, 2003, to the following counsel of record:

Michael Feldman
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT   06032

_____
Marc J. Kurzman

74741

-2-

*Exhibit 9 to Declaration of Marc J. Kurzman*
*dated October 30, 2003*

*PART 1 OF 7*

1

1           UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF CONNECTICUT

3

4   *   *   *   *   *   *   *   *   *   *   *   *

5   INTERNATIONAL BRANDS USA, INC.   *   COPY
    and INTERBRANDS, INC.,

6                                    *

7           Plaintiffs

                                     *

        VS.                             Case No.

8                                    *  302CV333 (JCH)

    OLD ST. ANDREWS LIMITED,

9                                    *

        Defendant

10  *   *   *   *   *   *   *   *   *   *   *   *

11                              Westport, CT

12                              February 7, 2003

13                              9:12 A.M.

14

15                      —   —   —

            **DEPOSITION OF JULIAN HASWELL**

16                      —   —   —

17  APPEARANCES:

18      FOR THE PLAINTIFFS:

19      LEVETT ROCKWOOD, P.C.
        BY:  MARC J. KURZMAN, ESQ.

20           DORIT HEIMER
             33 Riverside Avenue

21           Westport, CT 06880

22      FOR THE DEFENDANT:

23      FELDMAN & HICKEY, LLC
        BY:  MICHAEL FELDMAN, ESQ.

24           10 Waterside Drive, Suite 303
             Farmington, CT 06032

25
        ALSO PRESENT:  ROLF ANDERSEN


            CAMPANO & ASSOCIATES
          COURT REPORTING SERVICES

2

1          Deposition of JULIAN HASWELL, the
defendant herein, taken on behalf of the plaintiffs
2    herein, for the purpose of discovery and for use as
evidence in this cause, pending in the United States
3    District Court for the District of Connecticut,
pursuant to Notice, before Leslie Correa, Licensed
4    Shorthand Reporter, No. 00358, and a Notary Public
within and for the State of Connecticut, at the law
5    office of Levett Rockwood, P.C., 33 Riverside
Avenue, Westport, Connecticut, on the 7th day of
6    February, 2003 at 9:12 a.m., at which time counsel
appeared as hereinbefore set forth. . .

7

8                S T I P U L A T I O N S

9          IT IS HEREBY STIPULATED AND AGREED TO
by and among counsel for the respective parties
10   hereto that all technicalities as to the proof
of the official character of the authority before
11   whom the deposition is to be taken are waived.

12         IT IS FURTHER STIPULATED AND AGREED TO
by and among counsel for the respective parties
13   hereto that any objections to the sufficiency
of the Notice are waived.

14
           IT IS FURTHER STIPULATED AND AGREED TO
15   by and among counsel for the respective parties
hereto that all objections, except as to form,
16   are reserved to the time of trial.

17

18

19

20

21

22

23

24

25

4

1    Thereupon:

2         JULIAN HASWELL, residing at 2 Holly Bush Close,

3    Sevenoaks, Kent, England, being first duly sworn, as

4    hereinafter certified, was examined and testified as

5    follows:

6

7              MR. KURZMAN:  Mr. Feldman, same

8    stipulations as yesterday?

9              MR. FELDMAN:  Yes.  We will reserve

10   reading and signing.

11   DIRECT EXAMINATION BY ATTORNEY KURZMAN:

12        Q.       Mr. Haswell, good morning.

13        A.       Good morning.

14        Q.       We met yesterday at Mr. Andersen's

15   deposition.  You know that I represent the

16   Plaintiffs, International Brands Usa, Inc., in

17   connection with this lawsuit against Old St. Andrews

18   Limited.

19              Just as Mr. Feldman, your attorney, did

20   yesterday, today I am going to be asking you a

21   series of questions concerning this litigation,

22   which you are required to answer under oath.

23              Since the court reporter is going to be

24   taking your testimony, it's important that you --

25   Number 1, understand my questions before you answer

36

1          A.       Yes.

2          Q.       And you held the position of Director

3   during what years?

4          A.       From my memory, I would say about 1985

5   to date.

6          Q.       Did you hold any positions with Old St.

7   Andrews prior to 1985?

8          A.       No, not in that capacity.  I may have

9   worked for them as an employee.  I can't remember

10  what position I would have been given.

11         Q.       You first joined Old St. Andrews in

12  what year?

13         A.       1984.

14         Q.       What would you describe the business of

15  Old St. Andrews to be?

16         A.       Producing scotch whiskey, products that

17  have an affiliation with golf principally.

18         Q.       Does Old St. Andrews produce any

19  products that do not have an affiliation with golf?

20         A.       Yes.

21         Q.       What products are those?

22         A.       Miniature barrels of whiskey, large

23  barrels of whiskey.  That's it really.  All other

24  products are -- have a hook to do with golf.

25         Q.       Would it be fair to say that the vast

55

1    Mr. Wilson?

2         A.      Quite probably.

3         Q.      Do you owe Mr. Wilson money for those

4    shares?

5         A.      No.

6         Q.      You have eluded to this in your

7    testimony earlier, and I just want to get into a

8    little more detail now, Mr. Haswell.  What specific

9    products does Old St. Andrews produce?

10        A.      We produce Old St. Andrews Clubhouse in

11   various sizes.  1L, 750ml -- these are

12   centiliters -- 75cl, 70cl, 50cl, 5cl.

13        Q.      That's five separate sizes.  What was

14   the first one again?

15        A.      1L.

16        Q.      1L, 750ml, 70cl, 50cl, 5cl?

17        A.      Yes.

18        Q.      Are all five of those sizes sold in the

19   United States?

20        A.      No.

21        Q.      Which sizes are sold in the United

22   States?

23        A.      The 75cl and the 5cl.  The second one

24   and the last one.

25        Q.      Does Old St. Andrews sell any other

56

1    brands of scotch whiskey other than the Clubhouse

2    brand?

3          A.        Yes.

4          Q.        What other brands?

5          A.        We have another one called brand

6    Premium, which is in 1L, 750.

7          Q.        750ml?

8          A.        Yes.  700.  That's it.

9          Q.        Is the Premium brand sold in the United

10   States?

11         A.        No.

12         Q.        Other than Clubhouse and Premium, any

13   other brands of scotch whiskey that Old St. Andrews

14   sells?

15         A.        We sell barrels, 10-year-old malt

16   barrel, which is 700ml, and a 5cl or a 50ml of that.

17         Q.        Barrel?

18         A.        Yes, barrels.  They are vintage

19   barrels.

20         Q.        Are those products sold in the United

21   States?

22         A.        They were.

23         Q.        When were they?

24         A.        Mid to early 90s.

25         Q.        Have you now described for me all of

1    the products that Old St. Andrews sells?

2         A.         We have one or two others, if you like

3    fringe products that are phased out to an extent.

4         Q.         Just describe to me what those fringe

5    products are?

6         A.         We did a 750 white golf ball bottle,

7    which was similar to the Clubhouse that was sprayed

8    white.  It's more or less discontinued.

9         Q.         You don't regard that as a Clubhouse

10   brand product?

11        A.         It's not called Clubhouse.  It's called

12   Classic.

13        Q.         And the other fringe product?

14        A.         No, that's it.

15        Q.         Where specifically is Clubhouse brand

16   Scotch Whiskey sold?  Where in the world?

17        A.         It's sold in Europe, Japan, Malaysia,

18   Thailand, Philippines, Vietnam, nominally in

19   Australia, India from time to time.  We have

20   customers that buy from -- now and then -- Cyprus,

21   Malta.  The satellite ones are fringe players, if

22   you like.

23        Q.         Old St. Andrews sells to distributors,

24   is that correct?

25        A.         Yes.

58

1        Q.        Distributors such as International

2    Brands?

3        A.        Well, he was a customer.

4        Q.        What is the distinction between a

5    customer and a distributor?

6        A.        A distributor, from my understanding,

7    is somebody who agrees to have a mutual contract

8    that both parties sign.

9        Q.        And a customer?

10       A.        Somebody that won't sign a contract,

11   that we sell on an open market basis without

12   obligations.

13       Q.        And what is the basis of your

14   understanding of the distinction between a

15   distributor and a customer?

16       A.        They are similar.

17       Q.        The only distinction is that one has a

18   contract that both parties have signed and the other

19   one does not?

20       A.        Yes.

21       Q.        Do you sell to any retailers?

22       A.        Very few.

23       Q.        Do you sell to any wholesalers?

24       A.        Yes.

25       Q.        Approximately how many?

1     A.        It varies, you know.  I can't be

2     specific about that.

3     Q.        Did Old St. Andrews sell any Clubhouse

4     product into the United States last year 2002?

5     A.        No.

6     Q.        Did Old St. Andrews sell any of the

7     other products that you identified for me a few

8     minutes ago into the United States in 2002?

9     A.        Do you mean the domestic market?

10    Q.        No, I mean the United States.

11    A.        There is a difference, because duty

12    free is a separate entity to a domestic market.

13    Q.        Let's put duty free aside then for a

14    second.  Other than duty free --

15    A.        Then the answer is no.

16    Q.        Did you sell to duty free in 2002?

17    A.        No, I don't think so.

18    Q.        Okay.  Mr. Haswell, from 1989 to 2001,

19    has Old St. Andrews sold any product into the United

20    States other than to International Brands?

21    A.        Yes.

22    Q.        To whom has Old St. Andrews sold

23    product into the United States other than

24    International Brands?

25    A.        Duty free shoppers.

83

1    derive upon if you had access to the records?

2        A.        Yeah.   I could probably look it up from

3    balance sheets in the past of what records I have

4    got left.

5        Q.        Do you know if Old St. Andrews'

6    products are presently available to consumers in the

7    United States other than the duty free shops?

8        A.        There is -- from what I understand and

9    inquired, there are nominal stocks left.

10        Q.        Do you know who currently is

11    distributing Old St. Andrews' products in the United

12    States?

13        A.        There isn't any.

14        Q.        Do you know who is selling Old St.

15    Andrews' products in the United States?

16        A.        No.   I haven't sold anything here for

17    years.   I don't think so.

18                    MR. FELDMAN:   The remaining stocks?

19                    MR. KURZMAN:   No, I am talking

20    about whatever products.

21        Q.        (By Mr. Kurzman)   Are you aware whether

22    Old St. Andrews' products are currently being sold

23    here in the United States?

24        A.        I am not aware of it.

25        Q.        Is Old St. Andrews doing anything to

84

1    develop a market here in the United States for its

2    products?

3            A.        Endeavoring.

4            Q.        What specifically is Old St. Andrews

5    endeavoring to do?

6            A.        To find somebody who wants to buy our

7    products.

8            Q.        Are you looking for distributors,

9    customers, or both, as you define those terms?

10           A.        A customer.  Somebody who would buy

11   product from us.

12           Q.        And, Mr. Haswell, what have you done in

13   that regard?

14           A.        What have I done?

15           Q.        Yes.

16           A.        I have made tentative inquiries and

17   looked around, but I haven't taken any active steps.

18           Q.        Why is that, sir?

19           A.        Can I give it to you in an analogy?

20           Q.        I will take it in any way you want to

21   give it to me.  I may not find it acceptable,

22   but I'll --

23                     MR. FELDMAN:  I think we should

24   stick to the facts.

25           A.        It's not a good idea to pursue a new

CAMPANO & ASSOCIATES
COURT REPORTING SERVICES

85

1    customer when you have existing disputes.  It

2    doesn't bode well.

3         Q.        Do you regard the United States as an

4    important market for Old St. Andrews' products?

5         A.        I think it could be.

6         Q.        Have you spoken to any parties that

7    would potentially be exclusive distributors of Old

8    St. Andrews' products here in the United States?

9         A.        No.  I haven't made any grounds to move

10   in that direction.  I have just looked around and

11   that's all.

12        Q.        Have you spoken to the folks at

13   Connecticut Distributors Incorporated regarding the

14   sale of Old St. Andrews' products here in the United

15   States?

16        A.        Uh-huh.

17        Q.        You have spoken to them?

18                  THE DEPONENT:  Were they the people

19   that --

20                  MR. FELDMAN:  You are being asked

21   what you know from your own knowledge; not from

22   anything you have been told by your counsel.

23        A.        I have not approached them in respect

24   of any sales to sell to them, if that is what you

25   are asking.