*Exhibit 9 to Declaration of Marc J. Kurzman*
*dated October 30, 2003*

*PART 3 OF 7*



231

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF CONNECTICUT
 2

 3

 4   INTERNATIONAL BRANDS USA, Inc.       : CASE#302CV333(JCH)
     and INTERBRANDS, INC.                :
 5              Plaintiffs,               :
                                          :
 6   VS.                                  :
                                          :
 7   OLD ST. ANDREWS LIMITED              :
                Defendant.                :
 8

 9

10

11        TELEPHONIC DEPOSITION UPON ORAL EXAMINATION

12                            OF

13        JULIAN GUY HASWELL, Continued

14              Volume II
             Pages 231 to 434
15

16        On Tuesday, August 26, 2003
             Commencing at 11.00 am
17

18

19
             Taken at the offices of:
20                Halliwell Landau
             75 King William Street
21              London EC4N 7BE

22

23

24

25   Reported by:  Thelma Harries, MBIVR, ACR
```

ANGLO-AMERICAN COURT REPORTERS LTD
LONDON, ENGLAND

Tel: (011 44) 20 7264 2088            Fax: (011 44) 1483 234894

232

```
 1                A P P E A R A N C E S:

 2    On behalf of the Plaintiffs:

 3            LEVETT ROCKWOOD PC
              33 Riverside Avenue
 4            Westport
              Connecticut 06880
 5
              BY :   MARC J KURZMAN, ESQ
 6

 7    On behalf of the defendant:  (By telephone)

 8            FELDMAN & HICKEY LLC
              10 Waterside Drive
 9            Suite 303
              Farmington
10            Connecticut 06032-3084

11            BY :   MICHAEL FELDMAN, ESQ

12
      In attendance:
13
              ROLF ANDERSEN
14            SPEYSIDE DISTILLERS COMPANY LIMITED
              PO Box 443
15            Farmington
              Connecticut 06034
16

17

18

19

20

21

22

23

24

25
```

234

```
 1   11.00 am
 2               MR KURZMAN:  Before the court
 3   reporter swears the witness, I just wanted to put
 4   a couple of preliminary matters on the record.
 5               This is a continuation of the
 6   deposition of Mr Haswell that was commenced on
 7   February 7, 2003.
 8               I assume, Mr Feldman, that we'll
 9   just adopt the same stipulations that are
10   incorporated into the transcript of the February 7
11   deposition?  Is that correct?
12               MR FELDMAN:  I'm going to reserve my
13   right to read and sign.
14               MR KURZMAN:  Of course, and I think
15   you did the first time.
16               The only additional stipulation
17   we've made concerns the authority of the
18   stenographer, the court reporter, to administer the
19   oaths.
20               Mr Feldman and I have agreed, by
21   letter dated August 4, 2003, executed by each of
22   us, that the court stenographer will, by
23   stipulation, be authorised to administer the oath
24   to Mr Haswell, and that no objections will be made
25   by the defendant to the admissibility of the
```



235

1  depositions, both today's depositions and
2  tomorrow's depositions, at trial based on the
3  qualifications of the stenographer to administer
4  oaths.
5          I'm going hand, Mr Feldman, to the
6  stenographer a copy of our August 4th letter and
7  ask her to incorporate that into the transcript of
8  the deposition.
9          (Exhibit Y marked for identification)
10          MR FELDMAN: Just to note,
11  Mr Kurzman, you mentioned that the defendant would
12  not object. I assume that no party will object,
13  based upon the ability of the court reporter to
14  administer oaths?
15          MR KURZMAN: That's correct. At
16  this point I'm going to ask the court reporter to
17  administer the oath to the witness, Mr Haswell.
18
19
20
21
22
23
24
25



307

```
 1   basis.
 2        Q     How many customers did you have in
 3   the United States between 1996 and 2001?
 4        A     Probably three.
 5        Q     Who?
 6        A     Well, Saybrex and duty free
 7   shoppers, International Brands.
 8        Q     Saybrex?
 9        A     I believe we sold them product at
10   some point through the introduction from Rolf.
11        Q     Saybrex was selling product in what
12   jurisdiction?
13        A     I can't remember.  I think they
14   might have been ships chandlers or duty free.
15   I don't remember.
16        Q     But the Saybrex relationship had to
17   do with duty free sales, correct?
18        A     I believe it was.
19        Q     So the only customer that you were
20   selling to from 1996 to 2001 for sales to the
21   domestic US market was International Brands?
22        A     Yes.
23        Q     Old St. Andrews knew that it could
24   not appoint another distributor to sell to the
25   domestic market in the United States during the
```

**ANGLO-AMERICAN COURT REPORTERS LTD**
**LONDON, ENGLAND**

Tel: (011 44) 20 7264 2088                Fax: (011 44) 1483 234894
Website: www.a-acr.com                    E-mail: info@a-acr.com


ANGLO-AMERICAN
COURT REPORTERS

323

```
1              THE WITNESS:  Are you there,
2    Michael?
3              MR FELDMAN:  I am here, yes.  Marc,
4    what's your pleasure?
5              MR KURZMAN:  Why don't we do this.
6    Off the record.
7              (A short recess at 1.37 pm)
8              (Resumed at 2.28 pm)
9    BY MR KURZMAN:
10        Q    Mr Haswell, was Old St. Andrews
11   selling for distribution into the United States any
12   products containing the "Clubhouse" name in 1989?
13        A    No.
14        Q    When did Old St. Andrews first begin
15   to sell for distribution into the United States
16   products containing the "Clubhouse" name?
17        A    1994, I believe.
18        Q    What products?
19        A    The 750 ml litre blended Old
20   St. Andrews "Clubhouse".
21        Q    Any other products using the
22   "Clubhouse" name that were distributed into the
23   United States in 1994?
24        A    That one.
25        Q    Is that it?
```

**ANGLO-AMERICAN COURT REPORTERS LTD**
**LONDON, ENGLAND**

Tel: (011 44) 20 7264 2088         Fax: (011 44) 1483 234894
Website: www.a-acr.com             E-mail: info@a-acr.com


ANGLO-AMERICAN
COURT REPORTERS

324

```
 1          A      That's it, yes.
 2          Q      That was in the golf ball shaped
 3   bottle?
 4          A      Yes, clear glass.
 5          Q      How did the use of the name
 6   "Clubhouse" for that product come about?
 7          A      We had started marketing it back in
 8   the mid-eighties.  In 1984 we thought up the name.
 9   We started marketing it in a PET bottle, which I've
10   brought with me today.
11          Q      You've brought the bottle with you
12   today?
13          A      Yes.
14                 MR KURZMAN:  Why don't we mark
15   that?  We're going to mark this bottle, and
16   Mr Haswell will take possession of this one
17   exhibit, because you're not going to be able to
18   bind it into the transcript obviously.
19                 I'm just going to ask Mr Haswell to
20   preserve the exhibit.  It's obviously going to need
21   to be produced at trial.
22                 Mr Haswell previously informed me
23   off the record that there's only two of these, so
24   we have to be careful with it and maybe it's best
25   if Mr Haswell takes possession.
```



325

```
1    BY MR KURZMAN:
2         Q    Are you happy with that?
3         A    Yes.  I may have more but I know
4    I've got two of them that exist.
5              MR KURZMAN:  Let's mark this bottle
6    as exhibit NN.
7              (Exhibit NN marked for identification)
8    BY MR KURZMAN:
9         Q    The court reporter has marked as
10   exhibit NN a bottle that's a standard shape -- how
11   many millilitre bottle, Mr Haswell?
12        A    This is a 1 litre bottle.
13        Q    A standard shape 1 litre Scotch
14   bottle?
15        A    Yes.
16        Q    Did you complete your testimony?
17   You said that you started to market this product in
18   1984?
19        A    Yes.  Well, it was conceived in
20   1984, and we started marketing it in duty free in
21   1985.
22        Q    Now, this is a product.  It's
23   different than the Old St. Andrews' "Clubhouse"
24   Scotch whisky.  This appears to be called
25   "Clubhouse Special"?
```

**ANGLO-AMERICAN COURT REPORTERS LTD**
**LONDON, ENGLAND**

Tel: (011 44) 20 7264 2088         Fax: (011 44) 1483 234894

Website: www.a-acr.com             E-mail: info@a-acr.com


ANGLO-AMERICAN
COURT REPORTERS

1   A       That's correct.

2   Q       Am I correct?

3   A       Yes.

4   Q       To be distinguished from the product
5   that was bottled in the golf ball shaped bottle?

6   A       Yes.

7   Q       The product in the golf ball shaped
8   bottle is not a "Clubhouse Special" product?

9   A       It was a similar aged whisky. The
10  reason we took that name off this product and put
11  it on to the new one in 1992, when we developed the
12  round bottle for the European market, was my father
13  and I decided to omit the name "special" and put it
14  on to the new one, because this was discontinued by
15  then.

            We discontinued this in about 1987.
17  Then it was resurrected in another shaped bottle
18  for the Japanese market, in a 700 millilitre size.
19  We sold there for a few years. It ran its course
20  and then we changed it on to the round one.

21  Q       Let's step back so that we have a
22  clear chronology.

23          The bottle that's been marked as
24  plaintiff's exhibit NN is a 1 litre bottle of Old
25  St. Andrews "Clubhouse Special" blended Scotch

**ANGLO-AMERICAN COURT REPORTERS LTD**
**LONDON, ENGLAND**

Tel: (011 44) 20 7264 2088          Fax: (011 44) 1483 234894
Website: www.a-acr.com              E-mail: info@a-acr.com


ANGLO-AMERICAN
COURT REPORTERS

327

```
1    whisky?
2         A    Yes.
3         Q    That is a product you testified was
4    conceived in 1984 and actually sold in 1985?
5         A    Yes.
6         Q    It was sold into the duty free
7    market?
8         A    It was.
9         Q    Was it sold into the duty free
10   market in the US?
11        A    No, I don't think so.
12        Q    What territories was it sold into?
13        A    It was sold primarily as a launch
14   product in the UK as the first, if you will,
15   plastic bottle in duty free.  It was the first but
16   it wasn't the last.
17        Q    How many cases of this product in
18   the plastic bottle were actually sold in the UK, if
19   you know?
20        A    It was no more than two or three
21   thousand cases, I'm sure.
22        Q    Then the product was discontinued?
23        A    Yes.
24        Q    Was the use of the term "Clubhouse
25   Special" attached to any other products other than
```

ANGLO-AMERICAN COURT REPORTERS LTD
LONDON, ENGLAND

Tel: (011 44) 20 7264 2088         Fax: (011 44) 1483 234894
Website: www.a-acr.com             E-mail: info@a-acr.com


ANGLO-AMERICAN
COURT REPORTERS

328

1   this?
2   A   Yes.
3   Q   What other products was "Clubhouse
4   Special" attached to?
5   A   We then discontinued this one and we
6   put it on to a new different shaped bottle, which
7   was a smaller, similar shaped bottle to this one as
8   a standard whisky bottle, but it was shorter.  More
9   like a Dewer's bottle.  That was for the Japanese
10  market.
11  Q   The Japanese market exclusively?
12  A   At that time.  They wanted to
13  continue with that label design for their market,
14  yes.  We dropped the duty free PET.  The reason we
15  dropped it was because, believe it or not, when you
16  put this bottle on the shelf next to a standard
17  liquor bottle, ie a 700 or 750, they look the same
18  size, because obviously it's thinner walls and
19  therefore it looks smaller than it really is.
20  Q   So the "Clubhouse Special" product
21  that had been sold in the UK duty free market was
22  discontinued and, basically, revamped as a product
23  to be sold in the Japanese market?
24  A   Yes, in a different shaped bottle.
25  Q   Understood.  Are there any other

**ANGLO-AMERICAN COURT REPORTERS LTD**
**LONDON, ENGLAND**

Tel: (011 44) 20 7264 2088         Fax: (011 44) 1483 234894
Website: www.a-acr.com             E-mail: info@a-acr.com


ANGLO-AMERICAN
COURT REPORTERS

329

```
 1    markets in which the "Clubhouse" -- withdrawn.
 2              How long was that revamped product
 3    sold into the Japanese market?
 4         A    If my memory serves me correctly,
 5    from the documents, from Jarvis Porter from the
 6    labels being made, I believe it was 1988 through
 7    probably to '91.  Somewhere like that.
 8         Q    Were there any other markets in
 9    which the "Clubhouse Special" product was sold,
10    other than the UK duty free market and the Japanese
11    market?
12         A    No.
13         Q    After 1991, the "Clubhouse Special"
14    product was no longer sold?
15         A    It was transferred from that
16    product, when we discontinued that, on to our round
17    bottle in the European market.  So we had the glass
18    moulds made in 1992 for that.
19         Q    So let's explore that a little
20    deeper.  That was not a "Clubhouse Special"
21    product?
22         A    My father and I decided it was too
23    long winded, so we took the "special" off.
24         Q    What was the name of the product
25    that was sold in the European market after 1991?
```

**ANGLO-AMERICAN COURT REPORTERS LTD**
**LONDON, ENGLAND**

Tel: (011 44) 20 7264 2088                Fax: (011 44) 1483 234894
Website: www.a-acr.com                    E-mail: info@a-acr.com


ANGLO-AMERICAN
COURT REPORTERS

339

```
 1    particular batch of glass that was sprayed affected
 2    Japan and the United States.  There were two
 3    markets that got affected and we had to credit both
 4    markets.  Then we changed suppliers to who could
 5    spray it.  But, as we kept on selling the white
 6    one, the clear glass one grew and grew and grew,
 7    and it was obviously natural to offer that and say,
 8    "This sells better anyway."
 9             Q      So you had discussions with
10    Mr Andersen and you went from the white golf ball
11    to a clear golf ball?  Yes or no?
12             A      Yes.
13             Q      The white golf ball did not include
14    the name "Clubhouse"?  The clear golf ball did?
15             A      Yes.
16             Q      In 1993 Old St. Andrews registered
17    in the United Kingdom the trademark Old St. Andrews
18    "Clubhouse", correct?
19             A      Yes.
20             Q      That was at the time that Old
21    St. Andrews introduced the Old St. Andrews'
22    "Clubhouse" product into the European market?
23             A      The round golf ball bottle was
24    introduced.  The name "Clubhouse" had already
25    existed on other get ups.
```



340

```
 1        Q      The name "Clubhouse" existed in
 2   connection with the product called "Clubhouse
 3   Special", correct?
 4        A      That's right.
 5        Q      Did Old St. Andrews ever register
 6   the name "Clubhouse Special" with the UK patenting
 7   authorities?
 8        A      No.
 9        Q      Why was that?
10        A      Because at the time it was an
11   ancillary name to the product and, when we put it
12   on the round golf ball bottle, we decided to
13   register it.
14        Q      The word "Clubhouse" you felt was
15   ancillary to the name "Clubhouse Special"?  Is that
16   why you didn't register "Clubhouse Special"?
17        A      The reason, if my memory serves me
18   correctly, was, at the time when we registered the
19   name "Clubhouse", a couple of people objected.  It
20   could have been Club, Canadian Club, or whatever
21   else.  I can't remember.  But, when it was in
22   conjunction with Old St. Andrews "Clubhouse", then
23   it was okay.
24        Q      So you never registered the name
25   "Clubhouse", Mr Haswell?  You registered the name
```

