*Exhibit 9 to Declaration of Marc J. Kurzman
dated October 30, 2003*

*PART 4 OF 7*

341

```
 1    Old St. Andrews "Clubhouse"?
 2          A      You could register it as an
 3    interlocutory name.
 4          Q      Did you register the name
 5    "Clubhouse" standing alone in the UK?
 6          A      We attempted to.
 7          Q      And you were unable to do so?
 8          A      Correct.
 9          Q      Because of objection?
10          A      Well, it was regarded as a generic
11    name, in the same way that you would London, or any
12    single word.  It was too broad a term.
13          Q      The UK authorities required Old
14    St. Andrews to disclaim any rights to the word
15    "Clubhouse" standing alone in order to accept its
16    registration for Old St. Andrews "Clubhouse",
17    correct?
18          A      If my memory serves me correctly,
19    I would say that was probably right, yes.
20          Q      Did Old St. Andrews register the
21    name Old St. Andrews "Clubhouse" in any
22    jurisdictions other than the UK?
23          A      I believe that that covered the
24    European community at the time.
25          Q      What do you base that on?
```



343

| | | |
|---|---|---|
| 1 | A | All right. |
| 2 | Q | My understanding of your answer is that, no, Old St. Andrews did not register the "Clubhouse" name with any other authorities, other than the UK patent office? |
| 6 | A | That's correct. |
| 7 | Q | Old St. Andrews "Clubhouse" was being sold in countries other than the UK? |
| 9 | A | Yes. |
| 10 | Q | Nevertheless, Old St. Andrews decided not to register that name in any other jurisdictions, correct? |
| 13 | A | Yes. |
| 14 | Q | For example, Old St. Andrews "Clubhouse" was being sold, if I recall your prior testimony, in the Far East? |
| 17 | A | Yes. |
| 18 | Q | It didn't register the name there? |
| 19 | A | No. |
| 20 | Q | Old St. Andrews "Clubhouse" was being sold in the United States? |
| 22 | A | Yes. |
| 23 | Q | It did not register the name there? |
| 24 | A | No. |
| 25 | Q | Why wasn't the name Old St. Andrews |



```
 1    "Clubhouse" registered in the United States when
 2    the product was introduced in the US?
 3           A      Because the name Old St. Andrews is
 4    the product name and "Clubhouse" is an ancillary
 5    name.
 6           Q      Nevertheless, you registered the
 7    name Old St. Andrews "Clubhouse" in the UK?
 8           A      That's correct.
 9           Q      You felt you needed to do that?
10           A      Yes.
11           Q      Why didn't Old St. Andrews
12    concurrently feel the need to file the registration
13    with the United States Patent and Trademark Office?
14           A      I don't know the answer to that.
15           Q      That is not an issue you ever
16    discussed with your father?
17           A      It's an omission why it was never
18    done.  I can only assume it's because of the
19    difficulty we had originally in the UK.  He may not
20    have bothered, I don't know, because the most
21    important name is the principal name, Old
22    St. Andrews.
23           Q      The trademark for Old St. Andrews
24    "Clubhouse" was assigned to Gilfin International
25    Limited in 2002, correct?
```

ANGLO-AMERICAN COURT REPORTERS LTD
LONDON, ENGLAND

Tel: (011 44) 20 7264 2088          Fax: (011 44) 1483 234894
Website: www.a-acr.com              E-mail: info@a-acr.com



348

```
 1  register the Old St. Andrews "Clubhouse" name in
 2  the US, correct?
 3       A     It never occurred to me to ask him
 4  to do it.
 5       Q     Has Old St. Andrews "Clubhouse"
 6  Scotch whisky ever been sold in the US, other than
 7  with labels identifying Interbrands or
 8  International Brands as its importer?
 9       A     No.
10       Q     So I take it Old St. Andrews
11  "Clubhouse" Scotch whisky is not being sold today
12  by any other importer into the United States?
13       A     No.
14       Q     I'm correct?
15       A     Yes, you are correct, yes.
16       Q     Was the bottle for Old St. Andrews
17  "Clubhouse", the clear bottle, ever redesigned
18  after it was initially introduced in 1993/1994?
19       A     In the US?
20       Q     Yes.
21       A     Yes, it was.
22       Q     What was the manner in which it was
23  redesigned?
24       A     It had a recess put into the glass,
25  in the same way that our European standard design
```



357

1  Q  You've described for us now the
2  manner in which "Clubhouse Special" was introduced
3  into commerce?
4  A  Yes.
5  Q  It was never introduced into
6  commerce into the United States?
7  A  Not until 1994.
8  Q  But that's not "Clubhouse Special"?
9  A  No. We omitted the name "special"
10  off the name "Clubhouse".
11  Q  The "Clubhouse Special" product was
12  never introduced into commerce into the United
13  States?
14  A  No.
15  Q  I want to review with you the
16  exhibits that are attached to your production
17  response, Mr Haswell.
18  A  Okay.
19  MR FELDMAN: Michael, just so you're
20  not surprised; I photocopied in colour the
21  materials you sent to me so it would be a little
22  easier to work through this exhibit, so that the
23  marked exhibit it's in colour.
24  MR KURZMAN: Okay.
25  BY MR KURZMAN:



358

```
 1         Q    Exhibit 1 is not attached so let's
 2   move to exhibit 2.
 3         A    Okay.  What is exhibit 2?
 4         Q    It's --
 5         A    (Indicating)  That one, okay.
 6         Q    Let me come over and help you for
 7   a minute.
 8              Exhibit 2 is a label for the
 9   "Clubhouse Special" product, correct?
10         A    Yes, it is, yes.
11         Q    This label was never used in
12   connection with products sold in the United States,
13   correct?
14         A    I don't think we ever sold any in
15   duty free there.  And, on the domestic market, no.
16         Q    Exhibit 3 is a photograph of an Old
17   St. Andrews "Clubhouse Special" bottle?
18         A    Yes.
19         Q    That looks slightly different than
20   the bottle that we've actually marked here in the
21   room today?
22         A    Yes.
23         Q    The bottle photographed on exhibit 3
24   is not a product that was ever sold into the United
25   States, correct?
```



359

```
 1         A     I don't believe so.  The reason
 2   I hesitate is it may have been sold in one of our
 3   caddie carts at the time, but I don't remember.
 4         Q     Do you think, in all likelihood,
 5   this is not a product that was sold in the United
 6   States?
 7         A     It's unlikely.
 8         Q     It's unlikely that the product
 9   depicted in exhibit 3 was sold in the United
10   States?
11         A     Yes.
12         Q     With regard to exhibit 4, which is
13   a photograph of a label?
14         A     Yes.
15         Q     Was that label ever used in
16   conjunction with products sold into the United
17   States?
18         A     No, I don't believe so.
19         Q     Where was the product, that was used
20   in conjunction with this particular label, sold?
21         A     Japan.
22         Q     Exhibit 5 is a quotation from the
23   Jarvis Porter company?
24         A     Yes.
25         Q     Was this quotation actually acted
```

**ANGLO-AMERICAN COURT REPORTERS LTD**
**LONDON, ENGLAND**

Tel: (011 44) 20 7264 2088                Fax: (011 44) 1483 234894
Website: www.a-acr.com                    E-mail: info@a-acr.com


ANGLO-AMERICAN
COURT REPORTERS
LTD

369

1    Q    Exhibit 11 is a copy of a letter
2  that was sent to Old St. Andrews by its attorneys
3  concerning the registration of Old St. Andrews
4  "Clubhouse" in the United Kingdom, correct?
5    A    Yes.
6    Q    Along with a copy of the receipt
7  that was actually issued by the Trademark office,
8  which is exhibit 12?
9    A    Yes.
10   Q    Essentially, what I'm getting at is,
11 exhibit 11 and 12 presumably go together?
12   A    Yes.
13   Q    Exhibit 12 is the enclosure of
14 exhibit 11?
15   A    Yes, they do, yes.
16   Q    Exhibit 13 is a copy of the
17 advertisement that was placed in the Trade Mark
18 Journal published in the UK correct,?
19   A    Yes.
20   Q    Did you yourself review exhibit 13
21 in or about September 1994?
22   A    Did I review it?
23   Q    Yes.  Did you -- withdrawn.
24       What was your involvement in this
25 whole process of having Old St. Andrews "Clubhouse"



370

1  registered?
2      A     I thought up the name originally
3  and, as I said to you, it's gone from one product
4  to the next.  Then it went on to the round golf
5  ball bottle.  At that time we applied for it as an
6  ancillary registered trade mark.
7      Q     You applied for what as an ancillary
8  registered trade mark?
9      A     The name "Clubhouse".  We dropped
10 the word "special" because it was cheesy.  We
11 didn't like it any more particularly, so we omitted
12 it.
13     Q     Mr Haswell, did you file at any time
14 an application just seeking to register the name
15 "Clubhouse" standing alone?
16     A     I think it was probably seeked to be
17 got, but the advice at that time was -- like I said
18 to you, if you get a generic name like London, you
19 can't just register London.  And "Clubhouse" could
20 be anything; it could be tennis clubs, it could be
21 all sorts of different things.
22     MR FELDMAN:  Marc, are you referring
23 to the UK or anywhere?
24     MR KURZMAN:  I'm referring to the UK
25 and then I'll ask for anywhere.



```
 1   BY MR KURZMAN:
 2        Q      I'm trying to understand,
 3   Mr Haswell, whether you went forward and actually
 4   attempted to register the name "Clubhouse"?  Or
 5   whether just, pursuant to some advice you
 6   received, decided not to attempt to do so?
 7        A      I think it was pursuant to advice,
 8   probably.  It's foolhardy to register something
 9   that -- I'll give you an example.
10              I've got a trade mark that
11   I registered, applied for, "nightclub", nobody has
12   got the name "nightclub", and they turn it down
13   because it's a generic name.  So I've applied for
14   the name "nightclub 101", and that got accepted.
15   There you have an example of it.
16        Q      By way of that example, I'm trying
17   to find out whether you applied for the name
18   "Clubhouse", and it got turned down, so then you
19   applied for the name Old St. Andrews "Clubhouse"?
20   Or whether you never got to the stage of actually
21   filing for "Clubhouse"?
22        A      I don't know.  I can't answer that
23   because it's possible/probable that our attorney,
24   Brereton, said, "Put it in as an interlocutory.
25   It's a better way of securing the name 'Clubhouse'
```



1  to attach it to your principal name."
2      Q     But one way or the other Old
3  St. Andrews Limited never secured a registration
4  for the word "Clubhouse"?
5      A     Yes, it did, as attached to the name
6  Old St. Andrews, and there it is.  We've got Old
7  St. Andrews and we've got Old St. Andrews
8  "Clubhouse".  We've got two of them.
9      Q     Have you registered in the UK,
10 Mr Haswell, a trade mark for the word Old
11 St. Andrews?  Is that your testimony?
12     A     I believe we've got something in the
13 way of Old St. Andrews.  I'll have to check.  I've
14 got so many, I can't remember.
15     Q     Tell me what trade marks Old
16 St. Andrews has registered with the UK patent
17 office, other than Old St. Andrews "Clubhouse"?
18     A     We could have the lion device and
19 the crest as well, but I'd have to check.
20     Q     Those are designs?
21     A     I can't remember.  I'd have to
22 check.
23     Q     Would you be surprised to learn that
24 the UK Patent and Trademark office has no record of
25 having the word Old St. Andrews registered to Old

**ANGLO-AMERICAN COURT REPORTERS LTD**
**LONDON, ENGLAND**

Tel: (011 44) 20 7264 2088            Fax: (011 44) 1483 234894
                  E-mail: info@a-acr.com


ANGLO-AMERICAN
COURT REPORTERS

373

1  St. Andrews Limited?
2      A      I would be surprised, yes.  And, if
3  I haven't, it is an omission.
4      Q      So, as you sit here today, you think
5  that your company has two registrations on file
6  with the UK patent office?
7      A      No, I don't think.  I don't know.
8      Q      You don't know?
9      A      I would have to check.
10     Q      But you do agree that your company's
11 registration of the trade mark Old St. Andrews
12 "Clubhouse" gave it no rights to the exclusive use
13 of the word "Clubhouse", correct?
14     A      It's a generic term.  It's something
15 that we've been using on our products for nearly
16 twenty years, and we've applied for it and
17 registered the name.  What more can I say?
18     Q      This advertisement, that appears at
19 exhibit 13, is an advertisement that appeared in
20 the Trade Mark Journal on behalf of your company,
21 Old St. Andrews Limited, correct?
22     A      This one?  (Indicating)
23     Q      Yes.
24     A      Yes.
25     Q      Exhibit 13.  And, in your company's



374

1  advertisement, it expressly states, "The
2  registration of this mark" -- namely, Old
3  St. Andrews "Clubhouse" -- "shall give no right to
4  the exclusive use of the word 'Clubhouse'", agreed?
5       A     Yes.
6       Q     That's what it says?
7       A     Yes.
8       Q     And that's what your company
9  published in the Trade Mark Journal in 1994?
10      A     '93.
11      Q     Well, take a look at the letter.
12      A     It's February 19th 1993.
13      Q     But the actual publication,
14 according to your solicitor's letter, took place
15 September 21 --
16      A     By the time it went through, you
17 mean?
18      Q     Right.
19      A     Yes, okay.
20      Q     Exhibit 14 is a copy of the actual
21 registration certificate that was issued to your
22 company by the UK Trademark office, correct?
23      A     Yes.
24      Q     Can you tell me what exhibit 15 to
25 your interrogatory response is?



```
 1         A     What is my response to it?
 2         Q     No, I want to know what it is?
 3         A     It's the Old St. Andrews
 4    "Clubhouse", the first design before we changed it
 5    to the picture on the box.
 6         Q     So is this a box design, Mr Haswell,
 7    exhibit 15?
 8         A     Yes, it is.
 9         Q     And this box is associated with
10    products that was distributed where?
11         A     In Europe and Japan.
12         Q     But not in the United States?
13         A     Because it was the wrong size
14    bottle.
15         Q     Similarly, exhibit 16 appears to be
16    a photocopy of a box?
17         A     Yes, it's the back of the box.
18         Q     The same box as exhibit 15?
19         A     Yes, it is.  It's the side and the
20    back.
21         Q     Again, not a box that was
22    distributed into the United States?
23         A     No, not at that stage, no.
24         Q     Then we come to exhibit 17, which is
25    a letter that was sent to you by the Frost Brown
```

**ANGLO-AMERICAN COURT REPORTERS LTD**
**LONDON, ENGLAND**

Tel: (011 44) 20 7264 2088          Fax: (011 44) 1483 234894
Website: www.a-acr.com              E-mail: info@a-acr.com


ANGLO-AMERICAN
COURT REPORTERS