*Exhibit 9 to Declaration of Marc J. Kurzman
dated October 30, 2003*

**PART 6 OF 7**

406

```
 1   its remaining inventory of product that it
 2   purchased from your company?
 3        A    I'm not aware of it.
 4        Q    So your company hasn't suffered any
 5   loss or damage simply as a consequence of the
 6   application that was filed by my client, correct?
 7        A    Well, as I said to you, I've
 8   answered that question;  it's an intangible, "it
 9   is".  That's it.  It's intangible.
10        Q    Because my client isn't selling any
11   product right now?
12        A    There is no Old St. Andrews
13   "Clubhouse" being sold on the US marked as we
14   speak, that I know about.
15             MR KURZMAN:  Let's mark as exhibit
16   TT the document that's been Bates stamped 363
17   through 366.
18        (Exhibit TT marked for identification)
19             MR FELDMAN:  Marc, did you say 363?
20             MR KURZMAN:  Yes, through 366.
21   BY MR KURZMAN:
22        Q    Take a moment, if you would,
23   Mr Haswell, to review the document that's been
24   marked as exhibit TT.
25        A    (Witness reviewed the document)
```

ANGLO-AMERICAN COURT REPORTERS LTD
LONDON, ENGLAND

Tel: (011 44) 20 7264 2088              Fax: (011 44) 1483 234894
Website: www.a-acr.com                  E-mail: info@a-acr.com



434

1     CERTIFICATE OF COURT REPORTER

2          I, Thelma Harries, Accredited

3  Court Reporter, Member of the British Institute of

4  Verbatim Reporters, do hereby certify that I took

5  the stenotype notes of the foregoing deposition,

6  and that the transcript thereof is a true and

7  accurate record transcribed to the best of my skill

8  and ability.

9          I further certify that I am

10 neither counsel for, related to, nor employed by

11 any of the parties to the action in which this

12 deposition was taken, and that I am not a relative

13 or employee of any attorney or counsel employed by

14 the parties hereto, nor financially or otherwise

15 interested in the outcome of the action.

16

17

18

19

20  *T. Harries* (signature)

21

22 THELMA HARRIES, MBIVR, ACR

23

24

25 Tennyson & Company

**ANGLO-AMERICAN COURT REPORTERS LTD**
**LONDON, ENGLAND**

Tel: (011 44) 20 7264 2088          Fax: (011 44) 1483 234894


ANGLO-AMERICAN COURT REPORTERS

**EXHIBIT RR13
TO JULIAN HASWELL DEPOSITION**

Chartered Patent Agents
European Patent Attorneys
Trade Mark Agents

Telephone 071-242 0901
Fax 071-242 3290/0286
Telex 25445
DX 280

# Reddie & Grose

16 Theobalds Road
London WC1X 8PL

P. Antony Smith M.A.
F.A.B. Valentine M.A.
Richard C. Abnett M.A.
Paul A. Brereton M.A.
Keith E. Geering B.A.
Nicholas S. Marlow B.Sc.
Linda J. Harland B.Sc.
Jonathan M. Davies D.Phil
Patrick A.D. Lloyd B.Sc.
Aidan J. Robson M.Sc.

D.S. Jackson B.Sc.
Helen R. Wakerley M.A.

*Consultant*
John H. Bass B.Sc.

Our VAT No. GB 243 9087 49

**Exhibit 13**

OLD ST ANDREWS LIMITED
OLD ST ANDREWS HOUSE
153 MAIN ROAD
BIGGIN HILL
WESTTERHAM

21st September 1994
PAB/DL/T/9436.GB01

DEAR SIRS

United Kingdom Application No: 1527401 - OLD ST ANDREWS CLUBHOUSE in class 33 of OLD ST ANDREWS LIMITED

We enclose a copy of the advertisement of the above Trade Mark which appeared in Trade Mark Journal 6043 dated 21st September 1994.

There is an extensible term of one month from the date of the advertisement within which opposition to the application may be filed by third parties.

Provided that we are not notified of any objection to the application we shall automatically attend to the formal steps necessary for the application to proceed to registration. If you do not wish us to do so, please let us have your instructions to the contrary as soon as possible.

We also take this opportunity to mention that a number of our clients have, in common with other proprietors of British trade marks received misleading notices mostly from Austria and Switzerland following advertisement of their marks in the Trade Marks Journal.

These notices resemble invoices and seek payment in return for entry of the mark in a so-called register of European trade marks. As far as we have been able to discover, these registers are entirely fictitious and we strongly recommend that you disregard any such notices you receive.

Yours faithfully,

P.A. Brereton

Enc:



R&G

## CLASS 33 continued

1520836   8 December 1992   (33)



To be associated with No. 1520835 (6043,5921).

Alcoholic beverages included in Class 33.

Mart 1992 Limited, 110 Whitchurch Road, Cardiff, CF4 3LY.

Agent: Wildbore & Gibbons, Wildbore House, 361 Liverpool Road, London, N1 1NL.

## CLASS 33 continued

1526866   12 February 1993   (33)



The Spanish words "Hijos De" and "De La Asturiana" mean "Sons of" and "Of the Asturian Woman", respectively.

Registration of this mark shall give no right to the exclusive use of the words "Anis De La Asturiana", "Oviedo", "Asturias", the devices of a bottle, a drinking vessel, the shield of the city of Oviedo and the shield of the county of Asturias.

Alcoholic beverages having an aniseed flavour; anisette; anis; all included in Class 33.

Hijos De Francisco Serrano, S.A., Apartado 5, 45800 Quintanar De La Orden (Toledo), Spain.

Agent: Marks & Clerk, 57-60 Lincoln's Inn Fields, London, WC2A 3LS.

1527401   19 February 1993   (33)

# OLD ST ANDREWS CLUBHOUSE

Registration of this mark shall give no right to the exclusive use of the word "Clubhouse".

To be associated with No. 1293752 (5717,905) and another.

Scotch whiskey; all included in Class 33.

Old St Andrews Limited, Old St Andrews House, 153 Main Road, Biggin Hill, Westerham, Kent, TN16 3JP.

Agent: Reddie & Grose, 16 Theobalds Road, London, WC1X 8PL.

**EXHIBIT RR14
TO JULIAN HASWELL DEPOSITION**

# Reddie & Grose

Chartered Patent Agents
European Patent Attorneys
Trade Mark Agents

16 Theobalds Road
London WC1X 8PL

P. Antony Smith M.A.
F.A.B. Valentine M.A.
Richard C. Abnett M.A.
Paul A. Brereton M.A.
Keith E. Geering B.A.
Nicholas S. Marlow B.Sc.
Linda J. Harland B.Sc.
Jonathan M. Davies D.Phil
Patrick A.D. Lloyd B.Sc.
Aidan J. Robson M.Sc.

Telephone 071-242 0901
Fax 071-242 3290/0286
Telex 25445
DX 280

D.S. Jackson B.Sc.
Helen R. Wakerley M.A.

Exhibit 14

Mr R F Haswell
Old St Andrews Limited
Old St Andrews House
153 Main Road
Biggin Hill
WESTERHAM
Kent    TN16 3JP

Consultant
John H. Bass B.Sc.

Our VAT No. GB 243 9087 49

13th January 1995

Our Ref: PAB/sdc/9436

Dear Mr Haswell

**UK Trade Mark Application No 1527401**
**OLD ST ANDREWS CLUBHOUSE in Class 33**

I now enclose the registration certificate for your OLD ST ANDREWS CLUBHOUSE application. As mentioned in my letter of 20th December, I had to return the certificate to the Trade Marks Registry because they could not spell "Scotch whisky".

Particulars of the registration are set out on the enclosed sheet. Would you please acknowledge receipt of the certificate by countersigning and returning the duplicate copy of this letter.

Yours sincerely

P A BRERETON

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1938 of Great Britain and Northern Ireland

Having been advertised for registration in Part A of the Register maintained under the 1938 Trade Marks Act, the mark shown below has been registered under No. 1527401 with effect from 19 February 1993. In accordance with Schedule 3 of the 1994 Trade Marks Act the mark has been entered on the Register maintained under that Act.

## OLD ST ANDREWS CLUBHOUSE

The mark has been registered in respect of:

Class 33:
Scotch whisky; all included in Class 33

In the name of Old St Andrews Limited

Registration of this mark shall give no right to the exclusive use of the word "Clubhouse".

Sealed this day at my direction

*Paul Hartnack* (signature)

P. R. S. HARTNACK, REGISTRAR
DATE 11 November 1994

# EXHIBIT RR17
# TO JULIAN HASWELL DEPOSITION

# FROST BROWN TODD LLC

2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202-4182
(513) 651-6800
Facsimile (513) 651-6981
www.frostbrowntodd.com

NICOLE VICKROY-HICKEY
nvickroy@fbtlaw.com
(513) 651-6430

April 23, 2003

**VIA ELECTRONIC MAIL**
Carol Latter
Old St. Andrews Ltd.
No. 2 East Point
High Street, Sevenoaks
Kent TN15 OEG
ENGLAND

Exhibit 17

Re: **New U.S. Trademark Application for CLUBHOUSE**

Dear Carol:

This is to confirm that we have filed the CLUBHOUSE trademark application in Class 33 with the U.S. Patent and Trademark Office on April 22, 2003. A copy of the application is enclosed for your files.

We will keep you posted as this application progresses. In the meantime, please feel free to contact me if you have any questions or concerns.

Sincerely,

FROST BROWN TODD LLC

Nicole Vickroy-Hickey

NDV/kem
Enclosure
CinLibrary/1283914.1

OHIO • KENTUCKY • INDIANA • TENNESSEE

# FROST BROWN TODD LLC

2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202-4182
(513) 651-6800
Facsimile (513) 651-6981
www.frostbrowntodd.com

NICOLE D. VICKROY
nvickroy@fbtlaw.com
(513) 651-6430

April 22, 2003

---

"Express Mail" mailing label number

EL595015766US

April 22, 2003
Date of Deposit

I hereby certify that a copy of this correspondence is being deposited with the United States Postal Service as "Express Mail" on the date indicated above and is addressed to Assistant Commissioner for Trademarks, Box NEW APP-FEE, 2900 Crystal Drive, Arlington, Virginia 22202-3513

Tammi Toepfer
(Type or print name of person mailing paper of fee)

_____
Signature

---

**EXPRESS MAIL**
Assistant Commissioner for Trademarks
Box NEW APP FEE
2900 Crystal Drive
Arlington, Virginia 22202-3513

Re:  **TRANSMITTAL OF USE TRADEMARK APPLICATION**

Dear Sir:

Enclosed for filing herewith is the following new trademark application:

Applicant:   Old St. Andrews Limited

Mark:        CLUBHOUSE

Drawing:     One Sheet

Fee:         $335.00

Specimens:   1 in Class 33

The Assistant Commissioner for Trademarks is hereby authorized to charge any fees or credit overpayment to Frost Brown Todd LLC Deposit Account No. 06-2226.

Sincerely,

FROST BROWN TODD LLC

Nicole D. Vickroy

NDV/kem
Enclosures
CINlibrary/1075032.1

OHIO • KENTUCKY • INDIANA • TENNESSEE

# TRADEMARK/SERVICE MARK APPLICATION
## (15 U.S.C. §§ 1051, 1126(d) & (e))

To the Assistant Commissioner for Trademarks

### <APPLICANT INFORMATION>

| Field | Value |
|---|---|
| <Name> | Old St. Andrews Limited |
| <Street> | No. 2 East Point, High Street, Seal, Sevenoaks |
| <City> | Kent |
| <State> | |
| <Country> | England |
| <Zip/Postal Code> | TN15 0EG |
| <Telephone Number> | +44 1732 761001 |
| <Fax Number> | +44 1732 761345 |
| <e-mail Address> | julian@osawhisky.co.uk |

### <APPLICATION ENTITY INFORMATION>   Select only ONE

| Field | Value |
|---|---|
| <Individual: Country of Citizenship> | |
| <Corporation: State/Country of Incorporation> | United Kingdom |
| <Partnership: State/Country under which Organized> | |
| <Name(s) of General Partner(s) & Citizenship/Incorporation> | |
| <Other Entity Type: Specific Nature of Entity> | |
| <State/Country under which Organized> | |

### <TRADEMARK/SERVICE MARK INFORMATION>

<Mark>     CLUBHOUSE

<Typed Form>~Enter Yes, if appropriate~   YES

~DISPLAY THE MARK that you want to register on a separate piece of paper (even if simply a word(s)). Please see additional HELP instructions.~

### <BASIS FOR FILING AND GOODS/SERVICES INFORMATION>

<Use in Commerce: Section 1(a)> ~Applicant is using the mark in commerce or in connection with the below-identified goods and/or services (15 U.S.C. § 1051(a)).~

<International Class Number(s)>               33

<Listing of Goods and/or Services> ~List in ascending numerical class order. Please see sample in HELP instructions.~

Scotch whisky

<Date of First Use Anywhere>     1994

<Date of First Use in Commerce>  1994

!Submit one (1) SPECIMEN for each international class showing the mark as used in commerce.~

<Intent to Use: Section 1(b)> ~Applicant has a bona fide intention to use the mark in commerce on or in connection with the below identified goods and/or services (15 U.S.C. § 1051(b))~

<International Class Number(s)>

<Listing of Goods and/or Services> ~List in ascending numerical class order. Please see sample in HELP instructions.~

The information collected on this form allows the PTO to determine whether a mark may be registered on the Principal or Supplemental Register, and provides notice of an applicant's claim of ownership of the mark or bona fide intent to use the mark in commerce. Responses to the request for information are required to obtain the benefit of a registration on the Principal or Supplemental Register. 15 U.S.C. §§1051 et seq and 37 C.F.R. part 2. All information collected will be made public. Gathering and providing the information will require an estimated seventeen to twenty-three minutes. Please direct comments on the time needed to complete the form and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not display a valid OMB control number. (See bottom left side of this form).

Class:           33

CLUBHOUSE