*Exhibit 9 to Declaration of Marc J. Kurzman
dated October 30, 2003*

*PART 7 OF 7*

&lt;Foreign Priority: Section 44(d)&gt; ~Applicant has a bona fide intention to use the mark in commerce on or in connection with the below identified goods and/or services and asserts a claim of priority based upon a foreign application in accordance with 15 U.S.C. § 1126(d).~

&lt;International Class Number(s)&gt;

&lt;Listing of Goods and/or Services&gt; ~List in ascending numerical class order. Please see sample in HELP instructions.~

&lt;Country of Foreign Filing&gt;

&lt;Foreign Application Number&gt;

&lt;Date of Foreign Filing&gt;

&lt;Foreign Registration: Section 44(e)&gt; ~Applicant has a bona fide intention to use the mark in commerce on or in connection with the below identified goods and/or services based on registration of the mark in applicant's country of origin.~

&lt;International Class Number(s)&gt;

&lt;Listing of Goods and/or Services&gt; ~List in ascending numerical class order. Please see sample in HELP instructions.~

&lt;Country of Foreign Registration&gt;

&lt;Foreign Registration Number&gt;

&lt;Foreign Registration Date&gt;

&lt;Foreign Registration Renewal Date&gt;

&lt;Foreign Registration Expiration Date&gt;

~Submit foreign registration certificate or a certified copy of the foreign registration, in accordance with 15 U.S.C. §1126(e).~

&lt;FEE INFORMATION&gt;

$335.00 x &lt;Number of Classes&gt;    1    = &lt;Total Filing Fee Paid&gt;    $335

&lt;SIGNATURE INFORMATION&gt;

~Applicant requests registration of the above-identified mark in the United States Patent and Trademark Office on the Principal Register established by Act of July 5, 1946 (15 U.S.C. § 1051 et seq.) for the above-identified goods and/or services.~

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. § 1051(b), 1126(d) or 1126(e), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her knowledge are true; and that all statements made on information and belief are believed to be true.~

~Signature~

&lt;Date&gt;    10TH APRIL 2003

&lt;Name&gt;    Julian Haswell

&lt;Title&gt;    MANAGING DIRECTOR

The information collected on this form allows the PTO to determine whether a mark may be registered on the Principal or Supplemental Register, and provides notice of an applicant's claim of ownership of the mark or bona fide intent to use the mark in commerce. Responses to the request for information are required to obtain the benefit of a registration on the Principal or Supplemental Register. 15 U.S.C. §§1051 et seq and 37 C F R part 2. All information collected will be made public. Gathering and providing the information will require an estimated seventeen to twenty-three minutes. Please direct comments on the time needed to complete the form and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington DC 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not display a valid OMB control number. (See bottom left side of this form).

&lt;CONTACT INFORMATION&gt;

| | |
|---|---|
| &lt;Name&gt; | Nicole D. Vickroy |
| &lt;Company/Firm Name&gt; | Frost Brown Todd LLC |
| &lt;Street&gt; | 2200 PNC Center, 201 East Fifth Street |
| &lt;City&gt; | Cincinnati |
| &lt;State&gt; | Ohio |
| &lt;Country&gt; | United States of America |
| &lt;Zip/Postal Code&gt; | 45202-4182 |
| &lt;Telephone Number&gt; | (513) 651-6430 |
| &lt;Fax Number&gt; | (513) 651-6981 |
| &lt;e-Mail Address&gt; | Nvickroy@fbtlaw.com |

&lt;DOMESTIC REPRESENTATIVE&gt; ~Required ONLY if the owner's address is outside the United States.~

&lt;Name&gt;    Nicole D. Vickroy                              ~is hereby appointed the owner's representative
Upon whom notice or process in the proceedings affecting the mark may be served.~
&lt;Firm&gt;    Frost Brown Todd LLC
&lt;Street&gt;  2200 PNC Center, 201 East Fifth Street
&lt;City&gt;    Cincinnati
&lt;State&gt;   Ohio
&lt;Zip Code&gt;  45202-4182
&lt;Telephone Number&gt;    (513) 651-6430
&lt;Fax Number&gt;          (513) 651-6981
&lt;e-Mail Address&gt;      Nvickroy@fbtlaw.com

&lt;CERTIFICATE OF MAILING&gt; ~Recommended to avoid lateness due to mail delay~

~I certify that the foregoing is being deposited with the United States Postal Service as first class mail, postage prepaid, in an envelope addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513, on ~
&lt;Date of Deposit&gt;
~Signature~    _____
&lt;Name&gt;

CinLibrary/1271095.1

The information collected on this form allows the PTO to determine whether a mark may be registered on the Principal or Supplemental Register, and provides notice of an applicant's claim of ownership of the mark or bona fide intent to use the mark in commerce. Responses to the request for information are required to obtain the benefit of a registration on the Principal or Supplemental Register. 15 U.S.C. §§1051 et seq and 37 C.F.R. part 2. All information collected will be made public. Gathering and providing the information will require an estimated seventeen to twenty-three minutes. Please direct comments on the time needed to complete the form and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not display a valid OMB control number. (See bottom left side of this form).

Applicant:                    Old St. Andrews Limited

**EXHIBIT SS
TO JULIAN HASWELL DEPOSITION**



PLAINTIFF'S EXHIBIT SS
8/26/03
ALL-STATE LEGAL SUPPLY CO.

# FROST BROWN TODD LLC

2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202-4182
(513) 651-6800
Facsimile (513) 651-6981
www.frostbrowntodd.com

NICOLE D. VICKROY
nvickroy@fbtlaw.com
(513) 651-6430

April 22, 2003

---

"Express Mail" mailing label number

EL595015766US

April 22, 2003
Date of Deposit

I hereby certify that a copy of this correspondence is being deposited with the United States Postal Service as "Express Mail" on the date indicated above and is addressed to Assistant Commissioner for Trademarks, Box NEW APP-FEE, 2900 Crystal Drive, Arlington, Virginia 22202-3513.

Tammi Toepfer
(Type or print name of person mailing paper of fee)

_Tammi Toepfer_
Signature

---

**EXPRESS MAIL**

Assistant Commissioner for Trademarks
Box NEW APP FEE
2900 Crystal Drive
Arlington, Virginia 22202-3513

Re:    **TRANSMITTAL OF USE TRADEMARK APPLICATION**

Dear Sir:

Enclosed for filing herewith is the following new trademark application:

Applicant:    Old St. Andrews Limited

Mark:    CLUBHOUSE

Drawing:    One Sheet

Fee:    $335.00

Specimens:    1 in Class 33

The Assistant Commissioner for Trademarks is hereby authorized to charge any fees or credit overpayment to Frost Brown Todd LLC Deposit Account No. 06-2226.

Sincerely,

FROST BROWN TODD LLC

_Nicole Vickroy_

Nicole D. Vickroy

NDV/kem
Enclosures
CINlibrary/1075032.1

# TRADEMARK/SERVICE MARK APPLICATION
## (15 U.S.C. §§ 1051, 1126(d) & (e))

To the Assistant Commissioner for Trademarks

**\<APPLICANT INFORMATION\>**

| | |
|---|---|
| \<Name\> | Old St. Andrews Limited |
| \<Street\> | No. 2 East Point, High Street, Seal, Sevenoaks |
| \<City\> | Kent |
| \<State\> | |
| \<Country\> | England |
| \<Zip/Postal Code\> | TN15 0EG |
| \<Telephone Number\> | +44 1732 761001 |
| \<Fax Number\> | +44 1732 761345 |
| \<e-mail Address\> | julian@osawhisky.co.uk |

**\<APPLICATION ENTITY INFORMATION\>** *Select only ONE*

| | |
|---|---|
| \<Individual: Country of Citizenship\> | |
| \<Corporation: State/Country of Incorporation\> | United Kingdom |
| \<Partnership: State/Country under which Organized\> | |
| \<Name(s) of General Partner(s) & Citizenship/Incorporation\> | |
| \<Other Entity Type: Specific Nature of Entity\> | |
| \<State/Country under which Organized\> | |

**\<TRADEMARK/SERVICE MARK INFORMATION\>**

\<Mark\>   CLUBHOUSE

\<Typed Form\>~*Enter Yes, if appropriate*~   YES

~*DISPLAY THE MARK that you want to register on a separate piece of paper (even if simply a word(s)). Please see additional HELP instructions.*~

**\<BASIS FOR FILING AND GOODS/SERVICES INFORMATION\>**

\<Use in Commerce: Section 1(a)\> ~*Applicant is using the mark in commerce or in connection with the below-identified goods and/or services (15 U.S.C. § 1051(a)).*~

\<International Class Number(s)\>   33

\<Listing of Goods and/or Services\> ~*List in ascending numerical class order. Please see sample in HELP instructions.*~

Scotch whisky

\<Date of First Use Anywhere\>   1994

\<Date of First Use in Commerce\>   1994

~*Submit one (1) SPECIMEN for each International class showing the mark as used in commerce.*~

\<Intent to Use: Section 1(b)\> ~*Applicant has a bona fide intention to use the mark in commerce on or in connection with the below identified goods and/or services (15 U.S.C. § 1051(b))*~

\<International Class Number(s)\>

\<Listing of Goods and/or Services\> ~*List in ascending numerical class order. Please see sample in HELP instructions.*~

The information collected on this form allows the PTO to determine whether a mark may be registered on the Principal or Supplemental Register, and provides notice of an applicant's claim of ownership of the mark or bona fide intent to use the mark in commerce. Responses to the request for information are required to obtain the benefit of a registration on the Principal or Supplemental Register. 15 U.S.C. §§1051 et seq and 37 C.F.R. part 2. All information collected will be made public. Gathering and providing the information will require an estimated seventeen to twenty-three minutes. Please direct comments on the time needed to complete the form and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not display a valid OMB control number. (See bottom left side of this form).

<Foreign Priority: Section 44(d)> ~Applicant has a bona fide intention to use the mark in commerce on or in connection with the below-identified goods and/or services and asserts a claim of priority based upon a foreign application in accordance with 15 U.S.C. § 1126(d).~

<International Class Number(s)>

<Listing of Goods and/or Services> ~List in ascending numerical class order. Please see sample in HELP instructions.~

<Country of Foreign Filing>

<Foreign Application Number>

<Date of Foreign Filing>

<Foreign Registration: Section 44(e)> ~Applicant has a bona fide intention to use the mark in commerce on or in connection with the below-identified goods and/or services based on registration of the mark in applicant's country of origin.~

<International Class Number(s)>

<Listing of Goods and/or Services> ~List in ascending numerical class order. Please see sample in HELP instructions.~

<Country of Foreign Registration>

<Foreign Registration Number>

<Foreign Registration Date>

<Foreign Registration Renewal Date>

<Foreign Registration Expiration Date>

~Submit foreign registration certificate or a certified copy of the foreign registration, in accordance with 15 U.S.C. §1126(e).~

<FEE INFORMATION>

$335.00 x <Number of Classes>    1    = <Total Filing Fee Paid>    $335

<SIGNATURE INFORMATION>

~Applicant requests registration of the above-identified mark in the United States Patent and Trademark Office on the Principal Register established by Act of July 5, 1946 (15 U.S.C. § 1051 et seq.) for the above-identified goods and/or services.~

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. § 1051(b), 1126(d) or 1126(e), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her knowledge are true; and that all statements made on information and belief are believed to be true.~

~Signature~    [signature]

<Date>    10TH APRIL 2003

<Name>    Julian Haswell

<Title>    MANAGING DIRECTOR

The information collected on this form allows the PTO to determine whether a mark may be registered on the Principal or Supplemental Register, and provides notice of an applicant's claim of ownership of the mark or bona fide intent to use the mark in commerce. Responses to the request for information are required to obtain the benefit of a registration on the Principal or Supplemental Register. 15 U.S.C. §§1051 et seq and 37 C.F.R. part 2. All information collected will be made public. Gathering and providing the information will require an estimated seventeen to twenty-three minutes. Please direct comments on the time needed to complete the form and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not display a valid OMB control number (See bottom left side of this form).

&lt;CONTACT INFORMATION&gt;

| | |
|---|---|
| &lt;Name&gt; | Nicole D. Vickroy |
| &lt;Company/Firm Name&gt; | Frost Brown Todd LLC |
| &lt;Street&gt; | 2200 PNC Center, 201 East Fifth Street |
| &lt;City&gt; | Cincinnati |
| &lt;State&gt; | Ohio |
| &lt;Country&gt; | United States of America |
| &lt;Zip/Postal Code&gt; | 45202-4182 |
| &lt;Telephone Number&gt; | (513) 651-6430 |
| &lt;Fax Number&gt; | (513) 651-6981 |
| &lt;e-Mail Address&gt; | Nvickroy@fbtlaw.com |

&lt;DOMESTIC REPRESENTATIVE&gt; ~Required ONLY if the owner's address is outside the United States.~

&lt;Name&gt;   Nicole D. Vickroy   ~is hereby appointed the owner's representative Upon whom notice or process in the proceedings affecting the mark may be served.~

&lt;Firm&gt;   Frost Brown Todd LLC
&lt;Street&gt;   2200 PNC Center, 201 East Fifth Street
&lt;City&gt;   Cincinnati
&lt;State&gt;   Ohio
&lt;Zip Code&gt;   45202-4182

| | |
|---|---|
| &lt;Telephone Number&gt; | (513) 651-6430 |
| &lt;Fax Number&gt; | (513) 651-6981 |
| &lt;e-Mail Address&gt; | Nvickroy@fbtlaw.com |

&lt;CERTIFICATE OF MAILING&gt; ~Recommended to avoid lateness due to mail delay~

~I certify that the foregoing is being deposited with the United States Postal Service as first class mail, postage prepaid, in an envelope addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513, on ~
&lt;Date of Deposit&gt;
~Signature~   _____
&lt;Name&gt;

CinLibrary/1271095.1

The information collected on this form allows the PTO to determine whether a mark may be registered on the Principal or Supplemental Register, and provides notice of an applicant's claim of ownership of the mark or bona fide intent to use the mark in commerce. Responses to the request for information are required to obtain the benefit of a registration on the Principal or Supplemental Register. 15 U.S.C. §§1051 et seq and 37 C.F.R. part 2. All information collected will be made public. Gathering and providing the information will require an estimated seventeen to twenty-three minutes. Please direct comments on the time needed to complete the form and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not display a valid OMB control number. (See bottom left side of this form).

| | |
|---|---|
| Applicant: | Old St. Andrews Limited |
| Applicant's Address: | No. 2 East Point |
| | High Street, Seal, Sevenoaks |
| | Kent, England  TN15 0EG |
| Class: | 33 |
| Goods: | scotch whisky |

04-23-2003
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #67

# CLUBHOUSE

U.S. Patent & TM Ofc/TM

**76509019**

