FILED
Nov 13  1 54 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

INTERNATIONAL BRANDS USA, Inc.
and INTERBRANDS, INC.
    Plaintiffs,

VS.                                              :       302CV333 (MRK)

OLD ST. ANDREWS LIMITED
    Defendant.                            :       NOVEMBER 12, 2003

### MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), the defendant respectfully requests that the court enter an order of sixty (60) days extending the time within which it may file a responsive pleading to the plaintiff's Motion for Summary Judgment dated October 30, 2003, from November 20, 2003 through and including January 19, 2004, for the following reasons:

1. The extension of time is necessary so that the defendant has adequate time to fully and fairly respond to the plaintiff's Motion for Summary Judgment;

2. The undersigned counsel's senior associate, Kristen Schultze Greene is on maternity leave through December, 2003;

3. The undersigned counsel has a trial scheduled in the Connecticut Superior Court

for early December, 2003;

4. The undersigned counsel needs additional time to coordinate with trademark counsel;

5. The Summary Judgment Motion raises five specific legal issues, including novel issues of law, requiring substantial research; and

6. The press of other business matters will make it difficult to prepare a timely and thorough response.

The undersigned counsel has conferred with plaintiff's counsel regarding the instant motion and plaintiff's counsel cannot agree to a 60 day enlargement of time and suggests that this Motion be addressed at the December 2, 2003, status conference.

This is the first such motion for filing a motion for enlargement of time within which to file a responsive pleading filed by the defendant.

The case is not scheduled for trial.

2

WHEREFORE, the defendant respectfully requests that the time for the filing of its Objection to Plaintiff's Motion for Summary Judgment be enlarged through and including January 19, 2004.

>                    DEFENDANT,
>                    OLD ST. ANDREWS LIMITED
>
>                    By: _____
>                    Michael Feldman
>                    Federal Bar #ct06649
>                    Kristen Schultze Greene
>                    Federal Bar #ct19013
>                    Feldman & Hickey, LLC
>                    Its Attorneys
>                    10 Waterside Drive, Suite 303
>                    Farmington, CT 06032
>                    Telephone: 860-677-0551
>                    Facsimile: 860-677-1147

3

## CERTIFICATION OF SERVICE

      This certifies that a copy of the foregoing was mailed via regular mail, postage prepaid on November 12, 2003 to the following:

Marc J. Kurzman, Esq.
Madeleine F. Grossman, Esq.
Dorit S. Heimer, Esq.
Levett Rockwood P.C.
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881

The Honorable Mark Kravitz
United States District Court
141 Church Street
New Haven, CT 06510

                                                                     _____
                                                                           Michael Feldman

FELDMAN & HICKEY, LLC • ATTORNEYS AT LAW • 10 WATERSIDE DRIVE, SUITE 303
FARMINGTON, CONNECTICUT 06032-3084 • (860) 677-0551 • FAX (860) 677-1147