UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INTERNATIONAL BRANDS USA, INC. | : | |
| and INTERBRANDS, INC. | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:02CV333(MRK) |
| v. | : | |
| | : | |
| OLD ST. ANDREWS LIMITED | : | |
|     Defendant. | : | November 18, 2003 |
| | : | |

## ENDORSEMENT ORDER

_____Defendant's Motion For Enlargement Of Time (Doc. #50), dated November 12, 2003, is hereby GRANTED to December 8, 2003. Counsel should be prepared to discuss this issue in further depth at the December 2, 2003, telephonic status conference.

SO ORDERED

/s/ _____Mark R. Kravitz_____
U.S.D.J.

Dated at New Haven, Connecticut: November 18, 2003