```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

---------------------------------------x
                                       :
INTERNATIONAL BRANDS USA, Inc. and     :
INTERBRANDS, INC.                      :
                                       :
      Plaintiffs,                      :  CIVIL ACTION NO.:
                                       :
v.                                     :  302 CV 333 (MRK)
                                       :
OLD ST. ANDREWS LIMITED                :
                                       :
      Defendant.                       :  JANUARY 12, 2004
                                       :
---------------------------------------x
```

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 7(e), the undersigned moves for leave of the Court to withdraw her appearance as counsel for the plaintiffs in this matter. Plaintiffs will continue to be represented in this matter by Marc J. Kurzman, who is now with the firm of Sandak, Hennessey & Greco, LLP, and pursuant to plaintiffs' written request, the files for this matter have been transferred by Levett Rockwood P.C. to Attorney Kurzman at his new firm.

By /s/ Dorit S. Heimer
Dorit S. Heimer
Federal Bar No. ct01219
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, Connecticut 06881
Telephone: (203) 222-0885
Facsimile: (203) 226-8025
dheimer@levettrockwood.com

**CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was sent on this the 12th day of January, 2004 to the following:

***BY FIRST-CLASS MAIL:***

Michael Feldman, Esq.
Kristen Schultze Greene, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT  06032

Marc J. Kurzman, Esq.
Sandak Hennessey & Greco, LLP
970 Summer Street
Stamford, CT 06905

***BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED:***

International Brands USA, Inc.
Interbands, Inc.
Attention:  Mr. Rolf Andersen
P.O. Box 264
Duxbury, MA 02331

/s/ Dorit S. Heimer
Dorit S. Heimer

77670