UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERNATIONAL BRANDS USA, INC. : <br> and INTERBRANDS, INC. : <br>     Plaintiff, : <br>                      : <br> v. : <br>                      : <br> OLD ST. ANDREWS LIMITED : <br>     Defendant. : <br>                      : | CIVIL ACTION <br> NO. 3:02CV333(MRK) |

## **ORDER**

_____The Motions To Withdraw Appearance [doc. #55, 56] of attorneys Madeline F. Grossman and Dorit S. Heimer, dated January 12, 2004, are hereby **GRANTED**.

SO ORDERED

/s/ _____Mark R. Kravitz_____
U.S.D.J.

Dated at New Haven, Connecticut: January 21, 2004.