UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday February 17, 2004
9:30 a.m.

CASE NO. **3:02cv333 MRK**
**International Brands, et al v. Old St Andrews Ltd**

Michael Feldman
Feldman & Hickey, LLC
10 Waterside Dr.
Suite 303
Farmington, CT 06032


Kristen Schultze Greene
Feldman & Hickey, LLC
10 Waterside Dr.
Suite 303
Farmington, CT 06032

**STATUS CONFERENCE HELD**

DATE: 2/17/04

4 min.

Madeleine F. Grossman
Levett Rockwood, PC
33 Riverside Ave., Po Box 5116
Westport, CT 06881


Dorit S. Heimer
Levett Rockwood, PC
33 Riverside Ave., Po Box 5116
Westport, CT 06881


Marc J. Kurzman
Levett Rockwood, PC
33 Riverside Ave., Po Box 5116
Westport, CT 06881


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK