UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

INTERNATIONAL BRANDS USA, Inc.
and INTERBRANDS, INC.
    Plaintiffs,

VS.

                      3:02CV333 (MRK)

OLD ST. ANDREWS LIMITED
    Defendant.                      MARCH 5, 2004

## MOTION TO WITHDRAW APPEARANCE

Michael Feldman, Kristen S. Greene and the firm of Feldman & Hickey, LLC ("**Firm**") respectfully move for permission to withdraw their appearances as counsel for the Defendant, Old St. Andrews. In support of this Motion, the undersigned respectfully represents as follows:

1. Old Saint Andrews Limited ("**Defendant**"), now known as Shruth Limited, has decided to commence liquidation proceedings (see Exhibit A to Plaintiff's March 4, 2004 Motion for Immediate Status Conference).

2. On March 4, 2004, the undersigned spoke to Julian Haswell, the managing member of the Defendant who indicated that he will not participate further in the lawsuit or trial, will not attend trial, and will not arrange for the attendance of witnesses and expert witnesses. He also

   indicated that the Defendant has no assets and is unable to pay for legal fees or expenses to be incurred in connection with this matter or to pay any judgment that may enter against the Defendant.

3. On March 4, 2004, I spoke with Marc Goldstein of Surrey, Kent, United Kingdom who purportedly is qualified to act as an insolvency practitioner. He informed me that he expects to be selected as liquidator of the Defendant at a March 12, 2004 Meeting of Creditors. He indicated that the Defendant has no assets, and that no assets are available to pay outstanding legal fees or legal fees and costs associated with preparing for and conducting the trial in this case or to pay any judgment that may enter against the Defendant.

4. Without the active participation and attendance of witnesses including employees of the Defendant and expert witnesses, it will be extremely difficult for the undersigned to effectively represent the Defendant.

5. The Defendant owes the firm of Feldman & Hickey a substantial amount for past due invoices. This has caused a substantial financial hardship for the Firm, causing one principal in the Firm to miss pay periods and

2

causing the Firm to be unable to timely and fully fund its employee profit sharing plan from the Firm's resources. To continue representation in this matter with the Defendant's inability to pay counsel and other fees, would exacerbate this hardship.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that this Motion be granted.

MICHAEL FELDMAN, KRISTEN S. GREENE AND
THE FIRM OF FELDMAN & HICKEY, LLC

By: _____
Michael Feldman
Federal Bar #ct06649
Kristen Schultze Greene
Federal Bar #ct19013
Feldman & Hickey, LLC
Its Attorneys
10 Waterside Drive, Suite 303
Farmington, CT 06032
Telephone: 860-677-0551
Facsimile: 860-677-1147

3

## CERTIFICATION OF SERVICE

This certifies that a copy of the foregoing was sent via facsimile and regular mail, postage prepaid on March 5, 2004 to the following:

Marc J. Kurzman, Esq.
Sandak, Hennessey & Greco, LLP
970 Summer Street
Stamford, CT 06905

via facsimile on March 5, 2004 to:

The Honorable Mark Kravitz
United States District Court
141 Church Street
New Haven, CT 06510
(Facsimile 203-773-2631)

and via facsimile and registered mail, postage prepaid on March 5, 2004 to:

Shruth Limited (Formerly Known as Old St. Andrews Ltd.)
Attention: Julian Haswell
153 Main Road
Biggin Hill
Kent
TN16 3JP
United Kingdom
(Facsimile 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-540401)

4

Mark Steven Goldstein
Mark Goldstein Associates
Kingswood Court
1 Hemlock Close
Kingswood, Surrey
KT20 6QW
United Kingdom
(Facsimile 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- 830812)

_____
Michael Feldman

5

FELDMAN & HICKEY, LLC • ATTORNEYS AT LAW • 10 WATERSIDE DRIVE, SUITE 303
FARMINGTON, CONNECTICUT 06032-3084 • (860) 677-0551 • FAX (860) 677-1147