UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INTERNATIONAL BRANDS USA, INC. | : | |
| and INTERBRANDS, INC. | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:02CV333(MRK) |
| v. | : | |
| | : | |
| OLD ST. ANDREWS LIMITED | : | |
|     Defendant. | : | |
| | : | |

## ORDER

_____Plaintiffs' Motion For Immediate Status Conference (Doc. #59), dated March 4, 2004, is hereby **GRANTED** *nunc pro tunc*. A telephonic status conference was held on March 8, 2004.

SO ORDERED

/s/ _____Mark R. Kravitz_____
U.S.D.J.

Dated at New Haven, Connecticut: March 12, 2004.