UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERNATIONAL BRANDS USA, Inc. <br> and INTERBRANDS, INC. <br>     Plaintiffs, <br><br> VS. <br><br> OLD ST. ANDREWS LIMITED <br>     Defendant. | : <br> : <br> : <br> : <br> :     3:02CV333 (MRK) <br> : <br> : <br> :     MARCH 16, 2004 |

## DEFENDANT'S POSITION

At a telephone status conference held on March 8, 2004, the Court (Kravitz, J.) instructed counsel to report to the Court by Wednesday, March 17, 2004. The defendant reports as follows:

(1) On March 12, 2004, the defendant held a Company meeting at which time it issued a Resolution winding up the Company voluntarily and appointing Mark Steven Goldstein as liquidator (the "**liquidator**"). See attached "Extraordinary Resolution";

(2) On March 12, 2004, a Meeting of Creditors occurred. The Creditors Meeting was adjourned, at the request of the plaintiff and other creditors, until March 26, 2004;

(3)  The liquidator has informed the undersigned that at the adjourned Creditors Meeting scheduled for March 26th the creditors may continue him as liquidator or appoint a new liquidator. In either event, a liquidator will need time to evaluate whether and how to address the pending litigation;

(4)  The liquidator has requested me to transmit his request that any further proceedings in this matter, including the undersigned's Motion to Withdraw, be stayed at least until the adjourned Creditors Meeting scheduled for March 26th;

(5)  The liquidator has instructed me to take no further action in connection with this matter except to transmit the liquidator's request for a stay as set forth in Paragraph 4 herein;

(6)  The liquidator and Julian Haswell, the Managing Director of the defendant, have been fully informed, by the undersigned, in writing, of the consequences of the Company's failure to defend this matter or the granting of the undersigned's Motion to Withdraw Appearance. Specifically they have been informed of the strong likelihood: (1) that a default will enter; (2) that a hearing in damages will be held at which the

plaintiff will request a judgment enter in the amount of 1.5 million dollars; (3) that the hearing in damages will not be defended; and (4) that defendant's Counterclaims will be dismissed.

        DEFENDANT, OLD ST. ANDREWS LIMITED

By:_____
  Michael Feldman
  Federal Bar #ct06649
  Kristen Schultze Greene
  Federal Bar #ct19013
  Feldman & Hickey, LLC
  Its Attorneys
  10 Waterside Drive, Suite 303
  Farmington, CT 06032
  Telephone: 860-677-0551
  Facsimile: 860-677-1147

The foregoing has been reviewed and approved
by me for filing with the Court:

_____
Mark Steven Goldstein, Liquidator
Shruth Limited, formerly known as
Old St. Andrews Limited

**CERTIFICATION OF SERVICE**

This certifies that a copy of the foregoing was sent via facsimile and regular mail, postage prepaid on March 16, 2004 to the following:

Marc J. Kurzman, Esq.
Sandak, Hennessey & Greco, LLP
970 Summer Street
Stamford, CT 06905

via facsimile on March 16, 2004 to:

The Honorable Mark Kravitz
United States District Court
141 Church Street
New Haven, CT 06510
(Facsimile 203-773-2631)

and via facsimile on March 16, 2004 to:

Shruth Limited (Formerly Known as Old St. Andrews Ltd.)
Attention: Julian Haswell
153 Main Road
Biggin Hill
Kent
TN16 3JP
United Kingdom
(Facsimile  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-540401)

Mark Steven Goldstein
Mark Goldstein Associates
Kingswood Court
1 Hemlock Close
Kingswood, Surrey
KT20 6QW
United Kingdom
(Facsimile 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- 830812)

_____
Michael Feldman