UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven

Monday, March 8, 2004
12:00 noon

CASE NO. **3:02cv333 MRK** <u>International Brands, et al v. Old St Andrews Ltd</u>

Michael Feldman
Feldman & Hickey, LLC
10 Waterside Dr.
Suite 303
Farmington, CT 06032

Kristen Schultze Greene
Feldman & Hickey, LLC
10 Waterside Dr.
Suite 303
Farmington, CT 06032

Marc J. Kurzman
Levett Rockwood, PC
33 Riverside Ave., Po Box 5116
Westport, CT 06881

STATUS CONFERENCE HELD
DATE: 3/8/04

20 Min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK