UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
---------------------------------------------------------------------x
                                              :
INTERNATIONAL BRANDS USA, Inc. and            :
INTERBRANDS, INC.                             :
                                              :
        Plaintiffs,                           :    CIVIL ACTION NO.:
                                              :
v.                                            :    302 CV 333 (MRK)
                                              :
OLD ST. ANDREWS LIMITED                       :
                                              :
        Defendant.                            :    MARCH 17, 2004
                                              :
---------------------------------------------------------------------x
```

## PLAINTIFFS' STATUS REPORT

In accordance with the Court's March 8, 2004 instructions, plaintiffs International Brands USA, Inc. and Interbrands, Inc. (collectively "International Brands") provide the following status report:

1.      International Brands' president, Rolf Andersen, attended the March 12, 2004 meeting of the creditors of Old St. Andrews Limited ("OSA") in London, England ("Creditors' Meeting"). Present at the Creditors' Meeting were OSA's principal, Julian Haswell, the "insolvency practitioner" nominated by OSA to serve as Liquidator, Mark Goldstein, and at least 10 other creditors of OSA who are not affiliated with OSA ("Unaffiliated Creditors").

2.      The undersigned is informed that the Unaffiliated Creditors in attendance at the Creditors' Meeting were opposed to the selection of Mr. Goldstein as sole Liquidator. Additionally, a number of questions were raised by the Unaffiliated Creditors regarding OSA's financial circumstances and the purported disposition of OSA's assets prior to the commencement of liquidation proceedings.

3.      Accordingly, Mr. Goldstein was not approved by the Creditors as Liquidator on March 12th and the Creditors' Meeting was adjourned to March 26, 2004, thereby giving the Unaffiliated Creditors an opportunity to review information presented by OSA at the beginning of the Creditors' Meeting and to select their own candidate to serve as Liquidator.[1]  Election of a Liquidator is expected to occur when the Creditors' Meeting reconvenes on March 26th.

4.      The undersigned is further informed that both Mr. Haswell and Mr. Goldstein represented at the Creditors' Meeting that OSA would not continue to defend this action.

5.      Given the competing claims to OSA's assets and OSA's apparent unwillingness to stipulate to a judgment, International Brands foresees the need to pursue this action to judgment and respectfully requests that the Court preserve the April 19th trial date.[2]

6.      It is International Brands' understanding that the pre-trial requirements set forth in the Court's December 17, 2003 Order continue to be held in abeyance pending further instructions from the Court.  A status conference is therefore requested to address scheduling issues and the Court's requirements regarding pre-hearing submissions in view of the current posture of this case.

---

[1] Defendant incorrectly asserts, in its March 16, 2004 submission to the Court, that the adjournment was requested by International Brands.  In fact, the adjournment was requested by a representative for another creditor (Venture Packaging Innovations); the other creditors present at the Creditors Meeting consented to such request.

[2] If the Unaffiliated Creditors are successful on March 26th in electing their own candidate for Liquidator, and that Liquidator recognizes International Brands' claim for distribution purposes, further proceedings in this Court may become unnecessary.

THE PLAINTIFFS,


By:/s/ Marc J. Kurzman
    Marc J. Kurzman
    Federal Bar No. ct01545
    SANDAK HENNESSEY & GRECO, LLP
    970 Summer Street
    Stamford, CT  06905
    Telephone:  203-425-4200
    Facsimile:  203-325-8608
    Email:  mkurzman@shglaw.com

<u>**CERTIFICATION**</u>

This is to certify that a true and correct copy of the foregoing was sent via facsimile and mailed via first-class mail, postage pre-paid, on this 17th day of March, 2004 to defendant's counsel of record:

Michael Feldman
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT  06032

/s/ Marc J. Kurzman
Marc J. Kurzman

4