UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERNATIONAL BRANDS USA, INC. : | |
| and INTERBRANDS, INC. : | |
|     Plaintiff, : | CIVIL ACTION |
|                          : | NO. 3:02CV333(MRK) |
| v.                             : | |
| OLD ST. ANDREWS LIMITED : | |
|     Defendant. : | |

## **ORDER**

The Court having conferred telephonically with the parties on March 30, 2004 and for the reasons stated on the record during that conference, the Court enters the following orders:

1. The final pretrial conference previously scheduled for Friday, **April 2, 2004** at 2:00 p.m. is cancelled and will be rescheduled following the telephonic conference referred to in paragraph 2;

2. The Court will hold a telephonic conference with the parties at 9:00 a.m. on Thursday, **April 1, 2004**. The purpose of the conference is for counsel for defendant Old St. Andrews Ltd. to report on whether he wishes the Court to proceed to address his Motion to Withdraw Appearance [doc. # 60] and/or to address scheduling issues for pretrial submissions and a final pretrial conference. Counsel for plaintiff is responsible for initiating the telephonic conference.

3. If counsel for defendant Old St. Andrews Ltd. wishes to pursue his Motion to Withdraw Appearance, he will have until 5:00 p.m. on Thursday **April 1, 2004** to

facsimile to Chambers any additional pleadings or submissions he wishes the Court to consider in connection with his Motion to Withdraw Appearance. The original of any such faxed submissions must be filed with the Court no later than the close of business on Friday, **April 2, 2004**. Service of any such faxed submissions may be effectuated by facsimile to counsel for plaintiff so long as an original is mailed or hand-delivered on the same date to counsel for plaintiff.

4. Trial of this matter remains scheduled to commence on **April 19, 2004**.

IT IS SO ORDERED

/s/     Mark R. Kravitz
               U.S.D.J.

Dated at New Haven, Connecticut: **March 30, 2004**