UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

INTERNATIONAL BRANDS USA, Inc.
and INTERBRANDS, INC.          :
    Plaintiffs,              :
                             :
VS.                            :     3:02CV333 (MRK)
                             :
OLD ST. ANDREWS LIMITED        :
    Defendant.               :     APRIL 1, 2004

## MOTION TO SUBMIT SEALED DOCUMENT

Pursuant to Rule 5(d) of the Local Rules of the United States District Court for the District of Connecticut, the undersigned respectfully requests that the attached Affidavit of Michael Feldman submitted in support of Motion to Withdraw Appearance be maintained under seal on the grounds that it contains sensitive and possibly prejudicial or privileged information which does not relate to the merits of the case. An unsealed envelope bearing the caption of the case, the case number and the caption of the document is attached hereto.

MICHAEL FELDMAN, KRISTEN S. GREENE AND
THE FIRM OF FELDMAN & HICKEY, LLC

By:_____
   Michael Feldman
   Federal Bar #ct06649
   Kristen Schultze Greene
   Federal Bar #ct19013
   Feldman & Hickey, LLC
  10 Waterside Drive, Suite 303
   Farmington, CT 06032
   Telephone: 860-677-0551
   Facsimile: 860-677-1147

## CERTIFICATION OF SERVICE

This certifies that a copy of the foregoing was sent via facsimile and regular mail, postage prepaid on April 1, 2004 to the following:

Marc J. Kurzman, Esq.
Sandak, Hennessey & Greco, LLP
970 Summer Street
Stamford, CT 06905

via facsimile on April 1, 2004 to:

The Honorable Mark Kravitz
United States District Court
141 Church Street
New Haven, CT 06510
(Facsimile 203-773-2631)

2

and via facsimile on April 1, 2004 to:

Shruth Limited (Formerly Known as Old St. Andrews Ltd.)
Attention: Julian Haswell
153 Main Road
Biggin Hill
Kent
TN16 3JP
United Kingdom
(Facsimile  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-540401)

Mark Steven Goldstein
Mark Goldstein Associates
Kingswood Court
1 Hemlock Close
Kingswood, Surrey
KT20 6QW
United Kingdom
(Facsimile 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- 830812)

_____
        Michael Feldman