UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INTERNATIONAL BRANDS USA, INC. and INTERBRANDS, INC., | : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 3:02CV333(MRK) |
| v. | : : | |
| OLD ST. ANDREWS LIMITED, | : : | |
| Defendant. | : : | |

**ORDER**

For the reasons stated in the Court's Order [doc. #69], dated April 2, 2004, the Clerk is directed to remove Kristen S. Greene as counsel of record for defendant Old St. Andrew's Limited ("OSA"), as requested in Motion To Withdraw Appearance [doc. #60], dated March 5, 2004.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
          U.S.D.J.

Dated at New Haven, Connecticut: April 5, 2004.