UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven

Tuesday, March 30, 2004
9:00 a.m.

CASE NO. **3:02cv333 MRK** **International Brands, et al v. Old St Andrews Ltd**

Michael Feldman
Feldman & Hickey, LLC
10 Waterside Dr.
Suite 303
Farmington, CT 06032

Kristen Schultze Greene
Feldman & Hickey, LLC
10 Waterside Dr.
Suite 303
Farmington, CT 06032

STATUS CONFERENCE HELD
DATE: 3/30/04
25 min.

Marc J. Kurzman
Levett Rockwood, PC
33 Riverside Ave., Po Box 5116
Westport, CT 06881

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK