UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERNATIONAL BRANDS USA, Inc. and INTERBRANDS, INC. : <br> Plaintiffs, : <br> : <br> VS. : <br> : <br> OLD ST. ANDREWS LIMITED : <br> Defendant. : | 3:02CV333 (MRK) <br><br><br> APRIL 6, 2004 |

## NOTICE OF SERVICE

This is to confirm that a copy of the Court's Order dated April 2, 2004 has been forwarded to Mark Goldstein and Julian Haswell via facsimile on April 5, 2004.

                        MICHAEL FELDMAN, KRISTEN S. GREENE AND
                        THE FIRM OF FELDMAN & HICKEY, LLC


                By:_____
                   Michael Feldman
                   Federal Bar #ct06649
                   Kristen Schultze Greene
                   Federal Bar #ct19013
                   Feldman & Hickey, LLC
                  10 Waterside Drive, Suite 303
                   Farmington, CT 06032
                   Telephone: 860-677-0551
                   Facsimile: 860-677-1147

## CERTIFICATION OF SERVICE

This certifies that a copy of the foregoing was sent via facsimile and regular mail, postage prepaid on April 6, 2004 to the following:

Marc J. Kurzman, Esq.
Sandak, Hennessey & Greco, LLP
970 Summer Street
Stamford, CT 06905

via facsimile on April 6, 2004 to:

The Honorable Mark Kravitz
United States District Court
141 Church Street
New Haven, CT 06510
(Facsimile 203-773-2631)

and via facsimile on April 6, 2004 to:

Shruth Limited (Formerly Known as Old St. Andrews Ltd.)
Attention: Julian Haswell
153 Main Road
Biggin Hill
Kent
TN16 3JP
United Kingdom
(Facsimile  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-540401)

2

Mark Steven Goldstein  
Mark Goldstein Associates  
Kingswood Court  
1 Hemlock Close  
Kingswood, Surrey  
KT20 6QW  
United Kingdom  
(Facsimile 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- 830812)

                                                                     _____  
                                                                          Michael Feldman