UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x

| | |
|---|---|
| INTERNATIONAL BRANDS USA, INC. and INTERBRANDS, INC. :  Plaintiffs, V OLD ST. ANDREWS LIMITED  Defendant. | CIVIL ACTION NO. 3:02CV00333 (MRK)  May 6, 2004 |

---------------------------------------------------x

**APPLICATION FOR ENTRY OF DEFAULT FOR
FAILURE TO APPEAR AND DEFEND**

TO THE CLERK OF THE COURT:

    Plaintiffs in the above captioned matter hereby move for entry of a default against the defendant Old St. Andrews Limited, pursuant to F.R.Civ.P. 55(a), for failure to appear and defend. By order of this Court dated April 2, 2004 (Docket No. 69), as supplemented by order dated April 5, 2004 (Docket No. 71) (collectively the "Order"), defendant's former counsel of record was granted leave to withdraw their appearance in this case. The Order provided that if defendant failed to retain counsel to appear on its behalf by April 12, 2004, it would be subject to entry of default, and plaintiffs would be entitled to seek an award of damages by way of a default judgment. By Notice of Service dated April 6, 2004 ("Notice"), defendant's former counsel has certified that a copy of the Order was forwarded via facsimile and first class mail to defendant and defendant's Liquidator (Docket No. 73). No appearance of counsel has been filed on defendant's behalf despite said Notice and Order.

Therefore, plaintiffs respectfully request entry of a default against defendant.

      THE PLAINTIFFS,

      INTERNATIONAL BRANDS USA, INC.
      AND INTERBRANDS, INC.


By /s/ Marc J. Kurzman
   Marc J. Kurzman - ct01545
   Mary E. Sommer - ct04345
   SANDAK HENNESSEY & GRECO LLP
   970 Summer Street
   Stamford, CT  06905
   Telephone: (203) 425-4200
   Facsimile: (203) 325-8608

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was transmitted via facsimile and mailed, via first class mail and overnight courier, on this 6th day of May 2004 to:

Shruth Limited (Formerly Known as Old St. Andrews Ltd.)
Attention: Julian Haswell
153 Main Road
Biggin Hill
Kent
TN16 3JP
United Kingdom
(Facimile: 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-540401)


Mark Steven Goldstein
Mark Goldstein Associates
Kingswood Court
1 Hemlock Close
Kingswood, Surrey
KT20 6QW
United Kingdom
(Facsimile: 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-830812)

/s/ Marc J. Kurzman
Marc J. Kurzman