**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| INTERNATIONAL BRANDS USA, INC. | : | |
| and INTERBRANDS, INC. | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:02CV333(MRK) |
| v. | : | |
| | : | |
| OLD ST. ANDREWS LIMITED | : | |
|     Defendant. | : | |
| | : | |

**<u>ORDER</u>**

Default entered pursuant to Rule 55(a) FRCP. A Motion for Default Judgment pursuant to FRCP 55(b) shall be filed within 30 days or this action will be dismissed by the Clerk pursuant to Rule 41(b) FRCP.

    Dated at New Haven, Connecticut, May 11, 2004.


                      KEVIN F. ROWE, CLERK


                      By: <u>/s/ Kenneth R. Ghilardi</u>
                            Kenneth R. Ghilardi
                            Deputy Clerk