UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------------------x
                                              :
INTERNATIONAL BRANDS USA, INC. and            :
INTERBRANDS, INC.                             :
                                              :
        Plaintiffs,                           :   CIVIL ACTION NO.:
                                              :
v.                                            :   3:02 CV 00333 (MRK)
                                              :
OLD ST. ANDREWS LIMITED                       :
                                              :
        Defendant.                            :   MAY 7, 2004
                                              :
-------------------------------------------------------------------x
```

## AFFIDAVIT OF MATT KLIM

Matt Klim, being duly sworn, deposes and says:

1. I am over the age of 18 years and understand the obligations of an oath.

2. I am the president of Klim Design, Inc. ("Klim Design"). My son Marcus and I created all of the advertising, marketing and promotional material that Klim Design produced for International Brands USA, Inc. ("International Brands") in connection with Old St. Andrews Clubhouse Scotch Whisky. Accordingly, I have personal knowledge of all of the matters described herein.

3. Klim Design is a creative design firm. I founded Klim Design in 1967. For over 35 years, Klim Design had served the consumer products industry and has developed a particularly expertise in the alcoholic beverage segment of that industry. Attached as Exhibit 61 is a list of awards and recognitions achieved by Klim Design just in the last 10 years.

4. In 1998, Klim Design was engaged by International Brands to develop

promotional materials and packaging designs for the Old St. Andrews Clubhouse Scotch Whisky. From January 1, 1999 through September 2001, we worked on twenty-two separate design projects related to Old St. Andrews Clubhouse Scotch Whisky. We created point of sale materials (such as floor stands, shelf talkers, posters and banners). We created of bar items (such as back bar displays, bar cards, tent cards, stir sticks, and napkin holders). We completely restyled the labels for the 50ml and 750ml bottles, created a new gift carton for the 750ml bottle; and created new "shipper cartons" for the 750ml product. We created sell sheets and catalogs for use by local distributors of Old St. Andrews products. We created promotional items (such as golf gloves, tee shirts, pocket knives, etc.). And we created advertising materials (print ads, billboards and holiday catalogues. Additionally, in late 2000, Klim Design developed advertisements to run in golf related magazines and then purchased for International Brands advertising space in magazines such as <u>Golf Magazine</u> and <u>Senior Golfer</u>. We also created promotional coupons to be offered in connection with the <u>Golf Magazine</u> ads. A list of the Klim Design projects performed during the period January 1999-September, 2001 related to Old St. Andrews Clubhouse Scotch Whisky is annexed as Exhibit 62.

   5. Klim Design billed International Brands for each discrete project based on (i) rates which are customary in the design industry for a creative designers of my and Marcus' experience, (ii) the reputation and experience of Klim Design and (iii) the nature of the projects executed. In terms of customary rates, this information is provided in the <u>Pricing and Ethical Guidelines Handbook</u> published by the Graphic Artists Guild which I use as a resource when generating bills to Klim Design clients. Attached as Exhibit 63 is a summary of our project billings to International Brands for the years 1999 through 2001. Klim Design's creative billings

to International Brands (all of which were paid by International Brands) totaled $359,727.53.

6. As mentioned above, in late 2000, Klim Design was asked by International Brands to prepare advertisements for, and purchase advertising space in, Golf Magazine. After meeting with representatives of Golf Magazine, arrangements were made to place, at certain negotiated rates, full-page, full-color inserts in Golf Magazine, and its related publications, including Met Golfer and Senior Golfer. Klim Design created, at substantial expense, a full-page color advertisement for Old. St. Andrews Clubhouse Scotch Whisky, a reproduction of which is annexed as Exhibit 64.

7. The full-page advertisements ran in Golf Magazine in December 2000, March 2001, and May through September 2001. Additionally, full-page advertisements appeared in AT&T Magazine in February 2001, U.S. Open Magazine in June 2001, Met Golfer in June and August 2001, and Beverage Media's 2001 Guide. All such advertising was invoiced to International Brands through Klim Design. Total media advertising expenses (exclusive of the creative costs associated with the Old ST. Andrews' ad which we included in our creative billings) were $523,397.70. Attached as Exhibit 65 is a summary of the bills rendered to International Brands for the Old St. Andrews "Media Program" along with copies of the underlying invoices, all of which were paid by International Brands.

8. In order to provide the Court with a sense of the nature of the design work we performed with respect to Old St. Andrews Clubhouse Scotch Whisky, I submit herewith excerpts from various Klim Design project files as described below.

9. Attached as Exhibit 66 are excerpts from our project file on the redesign of the Clubhouse gift carton. As reflected in those excerpts, we communicated on numerous occasions

with Julian Haswell of Old St. Andrews Limited ("OSA") concerning the redesign of the gift carton for the 750ml Clubhouse product.

10. Annexed as Exhibit 67 are excerpts from our project file on the redesign of the labels affixed to the 50ml and 750ml Clubhouse bottles. As reflected in those excerpts, we also communicated directly with Mr. Haswell concerning the redesign of the labels.

11. Annexed as Exhibit 68 are copies of the various "sell sheets" we designed for use by International Brands' local distributors of Old St. Andrews products (including Clubhouse) when calling on retail stores.

12. Annexed as Exhibit 69 is a copy of the promotional brochure we produced for use by International Brands' local distributors which reflects the various promotional items we designed for the Clubhouse product, including a golf umbrella, pocket knife, golf glove, golf shirt and golf balls. The back-page of the promotional brochure also shows (i) the various point of sale materials we created for Clubhouse including the floor stand display, shelf talker, window poster, and table tent and (ii) the packaging we created for the 750ml and 50ml bottles of Clubhouse.

13. Annexed as Exhibit 70 are excerpts from our project file reflecting the volumes of point of sale materials (floor stands, header cards and posters) that were being provided by International Brands to its distributors.

14. Annexed as Exhibit 71 are excerpts from our project file concerning the creation of new "shipper cartons" also referred to as "outer cartons." As reflected in those excerpts, we communicated directly with Julian Haswell, Rick Crook and Carol Latter of Old St. Andrews concerning the creation of the outer cartons.

15. Annexed as Exhibit 72 are photographs of the back bar display we created for the 750ml Clubhouse product.

16. Annexed as Exhibit 73 is the "shelf talker" we created for the Clubhouse product.

17. Annexed as Exhibit 74 is a photocopy of the "stir stick" we created for the Clubhouse product.

18. Annexed as Exhibit 75 is an excerpt from our project file concerning the creation of a napkin holder promoting the Clubhouse product.

19. Annexed as Exhibit 76 is an excerpt from our project file concerning the creation of a golf glove promoting the Clubhouse product.

20. Annexed as Exhibit 77 is an excerpt from our project file concerning the creation of a "bar card" to be placed in bars to promote the Clubhouse product.

21. Attached as Exhibit 78 is an excerpt from our project file concerning the creation of a billboard display promoting the Clubhouse product.

22. In connection with the Old St. Andrews Media Program, we were asked by International Brands to create a series of media ads. Annexed as Exhibit 79 is an excerpt from our project file concerning the creation of such ads.

23. Annexed as Exhibit 80 is an excerpt from our project file concerning the creation of the layout that was actually inserted into Golf Magazine.

24. Annexed as Exhibit 81 are copies of the coupons we created for use in connection with the Golf Magazine advertising program.

25. Klim Design was instructed in or about November 2001 to terminate all work on the Old St. Andrews project and cancel any remaining ads that had been scheduled to run in <u>Golf Magazine</u>.

/s/ Matt Klim<br>
Matt Klim

Subscribed and sworn to me this
_____ day of May 2004.


/s/ Matt Klim
Notary Public