UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------x
:
INTERNATIONAL BRANDS USA, Inc. and           :
INTERBRANDS, INC.                            :
                                             :
    Plaintiffs,                             :  CIVIL ACTION NO.:
                                             :
v.                                           :  3:02 CV 00333 (MRK)
                                             :
OLD ST. ANDREWS LIMITED                      :
                                             :
    Defendant.                              :  MAY 11, 2004
                                             :
---------------------------------------------------------------------x

**AFFIDAVIT OF MARC J. KURZMAN REGARDING DEPOSITION TRANSCRIPTS**

    Marc J. Kurzman, being duly sworn, deposes and says:

    1.    I am over the age of 18 years and understand the obligations of an oath.

    2.    I have served as counsel of record for plaintiffs International Brands USA, Inc. and Interbrands, Inc. Since the inception of this litigation in February 2002, I have personal knowledge of the matter set forth herein.

    3.    On February 6, 2003 and August 26, 2003, I took the deposition of Julian Guy Haswell, the Managing Director of defendant Old St. Andrews Limited ("OSA"). The February 6th deposition was taken in Connecticut; the August 26th deposition was takin in London England. Attached as Exhibit 59 are excerpts from the original transcripts of Mr. Haswell's deposition.

4. On August 27, 2003, I took the deposition of Roger Turner, OSA's former Chairman, in London, England. Attached as Exhibit 60 is an excerpt from the original transcript of Mr. Turner's deposition.

/s Marc J. Kurzman
Marc J. Kurzman

Subscribed and sworn to me this
11th day of May 2004.

/s/ Notary Public
Notary Public

-- 2