UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INTERNATIONAL BRANDS USA, INC. and INTERBRANDS, INC., | : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 3:02CV333(MRK) |
| v. | : : | |
| OLD ST. ANDREWS LIMITED, | : : | |
| Defendant. | : : : | |

**JUDGMENT**

This action came on for consideration before the Honorable Mark R. Kravitz, United States District Judge as a result of the plaintiff's application for judgment and request for expedited consideration. On May 11, 2004, default entered as to the defendant Old St. Andrews Limited. The plaintiff filed an application for judgment and on June 15, 2004, a Ruling on motion for Default Judgment entered directing the Clerk to enter default judgment for International Brands and against Old St. Andrews Limited in the total amount of $1,378,246.64, and further directing the Clerk to enter a judgment of dismissal against Old St. Andrews Limited on all the defendant's counterclaims.

Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered in favor of the plaintiff against the defendant in the amount of $1,378,246.64 and the case is closed.

Kevin F. Rowe, Clerk

/s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

_____ E O D